# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| DROPBOX, INC., <br><br>     PLAINTIFF / COUNTERCLAIM DEFENDANT, <br><br> v. <br><br> MOTION OFFENSE, LLC, <br><br>     DEFENDANT / COUNTERCLAIM PLAINTIFF. | Civil Action No.  6:20-cv-00251-ADA <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANT'S FIRST AMENDED ANSWER AND COUNTERCLAIMS

Plaintiff Dropbox, Inc. hereby moves for an extension of time to file a response to Defendant's First Amended Answer and Counterclaims. Dkt. No. 43.

The Plaintiff's response to the First Amended Answer and Counterclaims is currently due on July 1, 2020. The Plaintiff requests an extension for that response through and including July 13, 2020. Defendant does not oppose this extension.

Plaintiff believes that the interests of justice will be served by extending the response date in order to provide Plaintiff with sufficient time to properly investigate and respond to Defendant's First Amended Answer and Counterclaims.

For the foregoing reasons, Plaintiff prays that the Court grant this motion.

Dated: June 25, 2020                           Respectfully submitted,

                                               By:     */s/ J. Stephen Ravel*

>J. Stephen Ravel
>Texas State Bar No. 16584975
>Sven Stricker
>Texas State Bar No. 24110418
>**KELLY HART & HALLMAN LLP**
>303 Colorado, Suite 2000
>Austin, Texas 78701
>Tel: (512) 495-6429
>Tel: (512) 495-6464
>Email: steve.ravel@kellyhart.com
>Email: sven.stricker@kellyhart.com
>
>Gregory H. Lantier (*pro hac vice*)
>**WILMER CUTLER PICKERING HALE & DORR LLP**
>1875 Pennsylvania Avenue
>Washington DC 20006
>Tel: (202) 663-6327
>Email: gregory.lantier@wilmerhale.com
>
>Liv Herriot (*pro hac vice*)
>**WILMER CUTLER PICKERING HALE & DORR LLP**
>950 Page Mill Road
>Palo Alto, California 94304
>Tel: (650) 858-6138
>Email: liv.herriot@wilmerhale.com
>
>*Attorneys for Dropbox, Inc.*

## **CERTIFICATE OF CONFERENCE**

The undersigned certifies counsel conferred and Defendant's counsel agreed to the relief sought. Accordingly, this motion and the relief requested herein are unopposed.

>*/s/ J. Stephen Ravel*
>J. Stephen Ravel

## **CERTIFICATE OF SERVICE**

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Civil Rule CV-5(b)(1) on June 25, 2020.

                                            */s/ J. Stephen Ravel*
                                            J. Stephen Ravel