# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| DROPBOX, INC.,<br><br>*Plaintiff/Counter-Defendant,*<br><br>v.<br><br>MOTION OFFENSE, LLC,<br><br>*Defendant/Counter-Plaintiff.* | Civil Action No.: 6:20-cv-00251-ADA |

## STIPULATION

IT IS HEREBY STIPULATED by Plaintiff Dropbox, Inc. and Defendant Motion Offense, LLC that the scheduling order is amended to extend the current May 26, 2021 deadline to serve final infringement and invalidity contentions to June 16, 2021.

This stipulated amendment to the Agreed Scheduling Order and the June 16, 2021 deadline to serve final infringement and invalidity contentions does not change or affect the trial date or other deadlines established by the parties' Motion for Agreed Scheduling Order, which was entered by the Court's April 7, 2021 Order (Dkt. 85).

Dated: May 10, 2021

/s/ Timothy Devlin
Timothy Devlin (No. 4241)
Derek Dahlgren (*pro hac vice*)
Alex Chan (Texas Bar No. 24108051)
Cory Edwards (*pro hac vice*)
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, Delaware 19806
Tel: (302) 449-9010
tdevlin@devlinlawfirm.com
ddahlgren@devlinlawfirm.com
achan@devlinlawfirm.com
cedwards@devlinlawfirm.com

*Attorneys for Motion Offense, LLC*

/s/ J. Stephen Ravel
J. Stephen Ravel
Texas State Bar No. 16584975
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429
Email: steve.ravel@kellyhart.com

Gregory H. Lantier (*pro hac vice*)
WILMER CUTLER PICKERING HALE
& DORR LLP
1875 Pennsylvania Avenue
Washington DC 20006
Tel: (202) 663-6327
Email: gregory.lantier@wilmerhale.com

Monica Grewal (*pro hac vice*)
WILMER CUTLER PICKERING HALE
& DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6223
Email: monica.grewal@wilmerhale.com

Liv Herriot (*pro hac vice*)
WILMER CUTLER PICKERING HALE
& DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel: (650) 858-6138
Email: liv.herriot@wilmerhale.com

*Attorneys for Dropbox, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 10, 2021, all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system in accordance with Local Rule CV-5.

        */s/ J. Stephen Ravel*
        J. Stephen Ravel