# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| DROPBOX, INC., <br><br>     Plaintiff / Counterclaim Defendant, <br><br> v. <br><br> MOTION OFFENSE, LLC, <br><br>     Defendant / Counterclaim Plaintiff. | Civil Action No. 6:20-cv-00251-ADA <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO EXTEND DEADLINE

Plaintiff Dropbox, Inc. and Defendant Motion Offense, LLC (collectively "Parties") respectfully file this Joint Motion to extend the current June 16, 2021 deadline to serve final infringement and invalidity contentions to July 7, 2021.

Extending the deadline to serve final infringement and invalidity contentions to July 7, 2021 will not change or affect the trial date or other deadlines established by this Court's April 7, 2021 Order (Dkt. 85) granting the Parties' Motion for Agreed Scheduling Order. For the foregoing reasons, the Parties pray that the Court grant this Joint Motion and extend the Parties' deadline to serve final infringement and invalidity contentions to July 7, 2021.

Dated: June 10, 2021

| KELLY HART & HALLMAN LLP | DEVLIN LAW FIRM LLC |
|---|---|
| */s/J. Stephen Ravel* | */s/ Timothy Devlin* |
| J. Stephen Ravel | Timothy Devlin (No. 4241) |
| Texas State Bar No. 16584975 | Derek Dahlgren (*pro hac vice*) |
| 303 Colorado, Suite 2000 | Alex Chan (Texas Bar No. 24108051) |
| Austin, Texas 78701 | Cory Edwards (*pro hac vice*) |
| Tel: (512) 495-6429 | 1526 Gilpin Avenue |
| Tel: (512) 495-6464 | Wilmington, Delaware 19806 |
| Email: steve.ravel@kellyhart.com | Telephone: (302) 449-9010 |
| Email: sven.stricker@kellyhart.com | tdevlin@devlinlawfirm.com |
|  | ddahlgren@devlinlawfirm.com |
| Gregory H. Lantier (*pro hac vice*) | achan@devlinlawfirm.com |
| WILMER CUTLER PICKERING HALE & DORR LLP | cedwards@devlinlawfirm.com |
| 1875 Pennsylvania Avenue |  |
| Washington DC 20006 | *Attorneys for Defendant* |
| Tel: (202) 663-6327 |  |
| Email: gregory.lantier@wilmerhale.com |  |

Monica Grewal (*pro hac vice*)
WILMER CUTLER PICKERING HALE
& DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6223
Email: monica.grewal@wilmerhale.com

Liv Herriot (*pro hac vice*)
WILMER CUTLER PICKERING HALE
& DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6138
Email: liv.herriot@wilmerhale.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Civil Rule CV-5(b)(1) on June 10, 2021.

*/s/Timothy Devlin*
Timothy Devlin
