IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DROPBOX, INC.,<br><br>*Plaintiff / Counterclaim Defendant,*<br><br>v.<br><br>MOTION OFFENSE, LLC,<br><br>*Defendant / Counterclaim Plaintiff.* | **Civil Action No. 6:20-cv-00251-ADA**<br><br>**(Lead Case)** |
| MOTION OFFENSE, LLC,<br><br>*Plaintiff.*<br><br>v.<br><br>DROPBOX, INC.,<br><br>*Defendant.* | **Civil Action No. 6:21-cv-00758-ADA** |

**NOTICE OF AGREED EXTENSION OF TIME
TO FILE THE REPORT ON CLAIM NARROWING**

Motion Offense, LLC ("Motion Offense") hereby notifies the court of their agreement with Dropbox, Inc. ("Dropbox") (collectively "Parties") to extend the time in which the parties are required to file the report on claim narrowing, up to and including December 22, 2021.

1

Dated: December 17, 2021          DEVLIN LAW FIRM LLC

<u>/s/ *Timothy Devlin*</u>
Timothy Devlin (No. 4241)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
tdevlin@devlinlawfirm.com

*Attorneys for Defendant Motion Offense, LLC*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on December 17, 2021.

<u>/s/ Timothy Devlin</u>
Timothy Devlin