**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| DROPBOX, INC.,<br><br>*Plaintiff/Counter-Defendant,*<br><br>v.<br><br>MOTION OFFENSE, LLC,<br><br>*Defendant/Counter-Plaintiff.* | Civil Action No.:  6:20-cv-00251-ADA |
| MOTION OFFENSE, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DROPBOX, INC.,<br><br>*Defendant.* | Civil Action No.:  6:21-cv-758-ADA |

## JOINT REPORT AND MOTION FOR ENTRY OF SECOND AMENDED SCHEDULING ORDER

Pursuant to the Notice of Agreed Extension of Time to File the Report on Claim Narrowing (Civil Action No. 6:20-cv-00251-ADA, Doc. 109), Dropbox, Inc. ("Dropbox") and Motion Offense LLC's ("Motion Offense") have conferred regarding narrowing the number of claims asserted and prior art references at issue and now file this Joint Report and Motion for Entry of the proposed Second Amended Scheduling Order filed herewith, which amends the Agreed Amended Scheduling Order entered by this Court on October 4, 2021 (Civil Action No. 6:20-cv-00251-ADA, Doc. 106) as follows:

| Event | Current Schedule | Proposed Schedule |
|---|---|---|
| Motion Offense narrows to 25 claims | N/A | March 24, 2022 |

| Event | Current Schedule | Proposed Schedule |
|---|---|---|
| Dropbox narrows to 35 combinations and 25 prior art references.  Prior art relied upon by an expert only as evidence of the knowledge of a person of ordinary skill in the art does not count as a prior art reference.  Multiple pieces of prior art evidence (for example, documents, source code, webpages, videos or any other forms of evidence) used as evidence relating to one prior art system counts as a single prior art reference.  Motion Offense is not precluded from challenging the prior art status of any such evidence and/or seeking to exclude its use. | N/A | April 6, 2022 |
| Last day for Motion Offense to serve discovery | N/A | April 8, 2022 |
| Close of expert discovery | June 22, 2022 | June 17, 2022 |
| Motion Offense narrows to 15 claims | N/A | June 20, 2022 |
| Dropbox narrows to 20 combinations and 15 prior art references.  Prior art relied upon by an expert only as evidence of the knowledge of a person of ordinary skill in the art does not count as a prior art reference.  Multiple pieces of prior art evidence (for example, documents, source code, webpages, videos or any other forms of evidence) used as evidence relating to one prior art system counts as a single prior art reference.  Motion Offense is not precluded from challenging the prior art status of any such evidence and/or seeking to exclude its use. | N/A | June 30, 2022 |
| Joint notice re remaining objections to disclosures/MIL disputes | September 1, 2023 | September 1, 2022 |

Wherefore, Dropbox and Motion Offense respectfully pray for entry of the proposed Second Amended Scheduling Order attached hereto.

2

Dated: December 28, 2021

/s/ Timothy Devlin
Timothy Devlin (No. 4241)
Derek Dahlgren (*pro hac vice*)
Alex Chan (Texas Bar No. 24108051)
Mariam Clayton (*pro hac vice*)
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, Delaware 19806
Tel: (302) 449-9010
tdevlin@devlinlawfirm.com
ddahlgren@devlinlawfirm.com
achan@devlinlawfirm.com
mclayton@devlinlawfirm.com

**Attorneys for Motion Offense, LLC**

/s/ J. Stephen Ravel
J. Stephen Ravel
Texas State Bar No. 16584975
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429
Email: steve.ravel@kellyhart.com

Gregory H. Lantier (*pro hac vice*)
WILMER CUTLER PICKERING HALE
& DORR LLP
1875 Pennsylvania Avenue
Washington DC 20006
Tel: (202) 663-6327
Email: gregory.lantier@wilmerhale.com

Liv Herriot (*pro hac vice*)
WILMER CUTLER PICKERING HALE
& DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel: (650) 858-6138
Email: liv.herriot@wilmerhale.com

**Attorneys for Dropbox, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on December 28, 2021.

/s/ J. Stephen Ravel
J. Stephen Ravel

3