

1526 Gilpin Avenue
Wilmington, Delaware 19806
United States of America
Tel: 302-449-9010
Fax: 302-353-4251
www.devlinlawfirm.com

February 11, 2022

**VIA CM/ECF**

The Honorable Judge Alan D Albright
United States District Court
  for the Western District of Texas
800 Franklin Avenue
Room 301
Waco, Texas 76701

      Re:    *Motion Offense, LLC v. Sprouts Farmers Market, Inc. et al.*,
No. 6:19-cv-00417-ADA (TXWD)
*SynKloud Technologies, LLC v. Dropbox, Inc.*,
No. 6:19-cv-00525-ADA (TXWD)
*SynKloud Technologies, LLC v. Dropbox, Inc.*,
No. 6:19-cv-00526-ADA (TXWD)
*Caddo Systems, Inc. et al. v. NXP Semiconductors NV et al.*,
No. 6:20-cv-00244-ADA (TXWD)
*Caddo Systems, Inc. et al. v. Microchip Technology Incorporated*,
No. 6:20-cv-00245-ADA (TXWD)
*Dropbox, Inc. v. Motion Offense, LLC*,
No. 6:20-cv-00251-ADA (TXWD)
*Flash-Control, LLC v. Intel Corporation*,
No. 6:20-cv-00360-ADA (TXWD)
*Flash-Control, LLC v. Micron Technology, Inc.*,
No. 6:20-cv-00361-ADA (TXWD)

Dear Honorable Judge Albright:

      In the interest of candor toward the Court, I submit this letter regarding my standing with the State of New York and District of Columbia bars.

      I was admitted to practice in New York in 1997 and practiced in New York from 1997 to 1998. I also practiced in the District of Columbia between 1998 and 2001 and was admitted in 2000. (The District of Columbia had, and still has, a temporary practice exception that allows lawyers coming to the District of Columbia to practice while seeking admission. D.C. Court of Appeals Rule 49(c)(8).)

      I then moved to Delaware, and passed the Delaware bar in 2002. I have been licensed to practice in Delaware, and have worked and practiced there, since 2002.

DEVLIN LAW FIRM
February 11, 2022
Page 2 of 2

I ceased relying on my New York and the District of Columbia bar memberships after I was admitted in Delaware in 2002.  I subsequently learned that, though a misunderstanding of the requirements of each jurisdiction, I was administratively suspended from the District of Columbia for failing to file an annual registration statement and non-payment of registration fees.  I was also suspended from New York for failure to file biannual registration statements and for nonpayment of registration fees.

I have now brought my registrations and fees up to date in New York and the District of Columbia and, as of January 11, 2022, my membership with the District of Columbia Bar has been reinstated.  I have engaged Professional Responsibility counsel in New York to assist me in seeking reinstatement to the bar for the eventual purpose of withdrawing and maintaining only my admission to the Delaware state bar.

In light of the above, I have conducted an audit of all other bar admissions and *pro hac vice* admissions to determine what, if any, additional disclosures should be made, in order to ensure that my licensure status is fully disclosed to every court where I am admitted in open matters.  I am admitted to practice before this Court, and currently appear as counsel in eight open matters.[1]  I make this disclosure out of an abundance of caution, and will keep this Court appraised of my efforts in New York.

I will continue these efforts and fully cooperate with all jurisdictions throughout this process.  Of course, if the Court has any questions, I am available at the Court's convenience.

Respectfully,

Timothy Devlin

---

[1] *Motion Offense, LLC v. Sprouts Farmers Market, Inc., et al.*, No. 6:19-cv-00417-ADA, Dkt. 38 (TXWD); *SynKloud Technologies, LLC v. Dropbox, Inc.*, No. 6:19-cv-00525-ADA, Dkt. 74 (TXWD); *SynKloud Technologies, LLC v. Dropbox, Inc.*, No. 6:19-cv-00526-ADA, Dkt. 78 (TXWD); *Caddo Systems, Inc., et al. v. NXP Semiconductors NV et al.*, No. 6:20-cv-00244-ADA, Dkt. 10 (TXWD); *Caddo Systems, Inc. et al., v. Microchip Technology Incorporated*, No. 6:20-cv-00245-ADA, Dkt. 8 (TXWD); *Dropbox, Inc. v. Motion Offense, LLC*, No. 6:20-cv-00251-ADA, Dkt. 34 (TXWD); *Flash-Control, LLC v. Intel Corporation*, No. 6:20-cv-00360-ADA, Dkt. 7 (TXWD); *Flash-Control, LLC v. Micron Technology, Inc.*, No. 6:20-cv-00361-ADA, Dkt. 8 (TXWD).