# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| DROPBOX INC | § § | |
| vs. | § § | NO: WA:20-CV-00251-ADA |
| MOTION OFFENSE, LLC | § | |

## ORDER SETTING MARKMAN HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for MARKMAN HEARING by Zoom on March 23, 2022 at 01:30 PM.

IT IS SO ORDERED this 8th day of March, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE