# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| DROPBOX INC | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-00251-ADA |
| | § | |
| MOTION OFFENSE, LLC | § | |

## ORDER CANCELLING MARKMAN HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **MARKMAN HEARING** on **Wednesday, March 23, 2022 at 01:30 PM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 10th day of March, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE