# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| DROPBOX, INC., *Plaintiff/Counter-Defendant,* <br><br> v. <br><br> MOTION OFFENSE, LLC, *Defendant/Counter-Plaintiff.* | Civil Action No.:  6:20-cv-00251-ADA |
| MOTION OFFENSE, LLC, *Plaintiff,* <br><br> v. <br><br> DROPBOX, INC., *Defendant.* | Civil Action No.:  6:21-cv-758-ADA |

## **ORDER**

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Jennifer J. John, counsel for Dropbox, Inc. ("Dropbox"), and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Jennifer J. John may appear on behalf of Dropbox in the above-referenced consolidated cases.

IT IS FURTHER ORDERED that Jennifer J. John, if she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court,** in compliance with Local Court Rule AT-1(f)(2).

**SIGNED** THIS _____ day of _____, 2022.

 

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE