IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DROPBOX, INC.,<br><br>*Plaintiff/Counter-Defendant,*<br><br>v.<br><br>MOTION OFFENSE, LLC,<br><br>*Defendant/Counter-Plaintiff.* | Civil Action No.:  6:20-cv-00251-ADA |
| MOTION OFFENSE, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DROPBOX, INC.,<br><br>*Defendant.* | Civil Action No.:  6:21-cv-758-ADA |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

Notice is hereby given of the entry of the undersigned as additional counsel for Dropbox, Inc. ("Dropbox") in the above-referenced consolidated cases. Pursuant to Fed. R. Civ. P. 5, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

Jennifer J. John
**Wilmer Cutler Pickering Hale and Dorr LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel:  (650) 858-6000
Fax: (650) 858-6100
Email:  Jennifer.John@wilmerhale.com

Dated: March 28, 2022

OF COUNSEL:

Gregory H. Lantier (*Pro Hac Vice*)
WILMER CUTLER PICKERING HALE
& DORR LLP
1875 Pennsylvania Avenue
Washington DC 20006
Tel: (202) 663-6327
Email: gregory.lantier@wilmerhale.com

Liv Herriot (*Pro Hac Vice*)
Jennifer J. John (*Pro Hac Vice* filed)
WILMER CUTLER PICKERING HALE
& DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6138
Email: liv.herriot@wilmerhale.com
Email: Jennifer.John@wilmerhale.com

Respectfully submitted,

*/s/ J. Stephen Ravel*
J. Stephen Ravel
Texas State Bar No. 16584975
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429
Email: steve.ravel@kellyhart.com

*Attorneys for Dropbox, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF filing system on March 28, 2022.

*/s/ J. Stephen Ravel*
J. Stephen Ravel