IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DROPBOX, INC.,<br><br>    *Plaintiff/Counter-Defendant,*<br><br>v.<br><br>MOTION OFFENSE, LLC,<br><br>    *Defendant/Counter-Plaintiff.* | **Civil Action No. 6:20-cv-00251-ADA**<br><br>**JURY TRIAL DEMANDED** |
| MOTION OFFENSE, LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>DROPBOX, INC.,<br><br>    *Defendant.* | **Civil Action No. 6:21-cv-00758-ADA**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SUPPLEMENTAL AUTHORITY

In support of its Motion to Strike Dropbox, Inc.'s Inequitable Conduct Defense, (D.I. 127), Motion Offense, LLC respectfully submits this notice of supplemental authority regarding a recent decision in the Western District of Texas in *Applied Biokinetics LLC v. CVS Pharmacy, Inc.*, No. 6:21-cv-555-ADA, Dkt. 80 (Apr. 21, 2022), attached as Exhibit 1, for the Court's consideration.

Dated: April 25, 2022

Respectfully submitted,

DEVLIN LAW FIRM LLC

<u>/s/ Timothy Devlin</u>
Timothy Devlin (No. 4241)
Derek Dahlgren (*pro hac vice*)
Mariam Clayton (*pro hac vice*)
1526 Gilpin Avenue
Wilmington, DE 19806
Phone: (302) 449-9010
Fax: (302) 353-4251
tdevlin@devlinlawfirm.com
ddahlgren@devlinlawfirm.com
mclayton@devlinlawfirm.com

*Attorneys for Defendant*
*Motion Offense, LLC*