IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DROPBOX, INC.,<br><br>  *Plaintiff/Counter-Defendant,*<br><br>v.<br><br>MOTION OFFENSE, LLC,<br><br>  *Defendant/Counter-Plaintiff.* | **Civil Action No. 6:20-cv-00251-ADA**<br><br>**Lead Case**<br><br><br>**JURY TRIAL DEMANDED** |
| MOTION OFFENSE, LLC,<br><br>  *Plaintiff,*<br><br>v.<br><br>DROPBOX, INC.,<br><br>  *Defendant.* | **Civil Action No. 6:21-cv-00758-ADA**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF AGREED EXTENSION OF CERTAIN DEADLINES IN SECOND AMENDED SCHEDULING ORDER**

Motion Offense, LLC and Dropbox, Inc. (collectively "the Parties") jointly notify the Court that the Parties have agreed to extend certain deadlines in the Second Amended Scheduling Order in the above captioned cases (Dkt. 111 in Lead Case) identified below. The other deadlines in the Second Amended Scheduling Order remain in effect.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Close of Fact Discovery and deadline for Dropbox to respond to Motion Offense's April 8, 2022 discovery requests | April 27, 2022 | May 5, 2022 |
| Opening Expert Reports | May 4, 2022 | May 11, 2022 |

| Rebuttal Expert Reports | June 1, 2022 | June 8, 2022 |
| Close of Expert Discovery | June 17, 2022 | June 24, 2022 |

Dated: April 27, 2022

Respectfully submitted,

DEVLIN LAW FIRM LLC

*/s/ Timothy Devlin*
Timothy Devlin (No. 4241)
Derek Dahlgren (*pro hac vice*)
Mariam Clayton (*pro hac vice*)
1526 Gilpin Avenue
Wilmington, DE 19806
Phone: (302) 449-9010
Fax: (302) 353-4251
tdevlin@devlinlawfirm.com
ddahlgren@devlinlawfirm.com
mclayton@devlinlawfirm.com

*Attorneys for Defendant
Motion Offense, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on April 27, 2022.

*/s/ Timothy Devlin*
Timothy Devlin
