IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| DROPBOX, INC.,<br>　　　　*Plaintiff,*<br><br>v.<br><br>MOTION OFFENSE, LLC,<br>　　　　*Defendant.* | § § § § § § § § § § § | Case No. 6:20-CV-00251-ADA |

## LIMITED REFERRAL ORDER

Under Rule 1 of the Local Rules for the Assignment of Duties to United States Magistrate Judges, Appendix C of the Local Court Rules of the United States District Court for the Western District of Texas, the discovery dispute the Parties raised with the Court via on April 29, 2022 and any associated order are referred to United States Magistrate Judge Derek T. Gilliland.

**SIGNED** this 29th day of April, 2022.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ALAN D ALBRIGHT
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE