IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| DROPBOX, INC., | |
|---|---|
| *Plaintiff/Counter-Defendant,* | |
| v. | Civil Action No.: 6:20-cv-00251-ADA |
| MOTION OFFENSE, LLC, | |
| *Defendant/Counter-Plaintiff.* | |

| MOTION OFFENSE, LLC, | |
|---|---|
| *Plaintiff,* | |
| v. | Civil Action No.: 6:21-cv-758-ADA |
| DROPBOX, INC., | |
| *Defendant.* | |

**THIRD AMENDED SCHEDULING ORDER**

| Event | Schedule |
|---|---|
| Deadline for Dropbox to respond to Motion Offense's discovery | May 5, 2022 |
| Close of fact discovery | July 1, 2022 |
| Opening expert reports | July 12, 2022 |
| Rebuttal expert reports | August 16, 2022 |
| Close of expert discovery | September 2, 2022 |
| Motion Offense narrows to 15 claims | September 9, 2022 |
| Dropbox narrows to 20 combinations and 15 prior art references.  Prior art relied upon by an expert only as evidence of the knowledge of a person of ordinary skill in the art does not count as a prior art reference. Multiple pieces of prior art evidence (for example, documents, source code, webpages, videos or any other forms of evidence) used as evidence relating to one prior art system counts as a single prior art reference.  Motion Offense is not precluded from challenging the prior art status of any such evidence and/or seeking to exclude its use. | September 23, 2022 |

| Event | Schedule |
|---|---|
| Dispositive motion deadline/Daubert deadline | September 30, 2022 |
| Pretrial disclosures | October 20, 2022 |
| Objections to pretrial disclosures / rebuttal disclosures | October 31, 2022 |
| Objections to rebuttal disclosures and MILs | November 11, 2022 |
| Joint pretrial order & pretrial submissions | November 18, 2022 |
| Notice of request for daily transcript | December 13, 2022 |
| Parties to jointly email the Court's law clerk (See OGP at 1) to confirm their pretrial conference and trial dates. | November 18, 2022 |
| Joint notice re remaining objections to disclosures/MIL disputes | December 14, 2022 |
| Final pretrial conference | December 19, 2022 |
| Jury selection | January 17, 2023 |

SIGNED this 9th day of May, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE