# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| DROPBOX, INC., <br><br> *Plaintiff/Counter-Defendant,* <br><br> v. <br><br> MOTION OFFENSE, LLC, <br><br> *Defendant/Counter-Plaintiff.* | Civil Action No.: 6:20-cv-00251-ADA |
| MOTION OFFENSE, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> DROPBOX, INC., <br><br> *Defendant.* | Civil Action No.: 6:21-cv-758-ADA |

## JOINT NOTICE REGARDING DEADLINE TO SUBMIT ORDER

Pursuant to this Court's Amended Standing Order Regarding Joint or Unopposed Requests to Change Deadlines, Dropbox, Inc. ("Dropbox") and Motion Offense LCC ("Motion Offense") respectfully submit this Joint Notice. The parties, in order to continue working toward an agreed submission and based on the unavailability of lead counsel for Dropbox, have agreed to extend the deadline to provide a proposed order arising from the May 2, 2022 discovery hearing to on or before May 16, 2022.

| | |
|---|---|
| Dated: May 10, 2022 | Respectfully submitted, |
| */s/ Timothy Devlin* | */s/ J. Stephen Ravel* |
| Timothy Devlin (No. 4241) | J. Stephen Ravel |
| Derek Dahlgren (*pro hac vice*) | Texas State Bar No. 16584975 |
| Alex Chan (Texas Bar No. 24108051) | KELLY HART & HALLMAN LLP |
| Mariam Clayton (*pro hac vice*) | 303 Colorado, Suite 2000 |
| DEVLIN LAW FIRM LLC | Austin, Texas 78701 |
| 1526 Gilpin Avenue | Tel: (512) 495-6429 |
| Wilmington, Delaware 19806 | Email: steve.ravel@kellyhart.com |
| Tel: (302) 449-9010 | |
| tdevlin@devlinlawfirm.com | Gregory H. Lantier (*pro hac vice*) |
| ddahlgren@devlinlawfirm.com | WILMER CUTLER PICKERING HALE |
| achan@devlinlawfirm.com | & DORR LLP |
| mclayton@devlinlawfirm.com | 1875 Pennsylvania Avenue |
| | Washington DC 20006 |
| ***Attorneys for Motion Offense, LLC*** | Tel: (202) 663-6327 |
| | Email: gregory.lantier@wilmerhale.com |
| | |
| | Liv Herriot (*pro hac vice*) |
| | WILMER CUTLER PICKERING HALE |
| | & DORR LLP |
| | 2600 El Camino Real, Suite 400 |
| | Palo Alto, CA 94306 |
| | Tel: (650) 858-6138 |
| | Email: liv.herriot@wilmerhale.com |
| | |
| | ***Attorneys for Dropbox, Inc.*** |

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on May 10, 2022.

                                                               */s/ J. Stephen Ravel*
                                                              J. Stephen Ravel