UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DROPBOX INC § | |
| § | |
| vs. § | NO: WA:20-CV-00251-ADA |
| § | |
| MOTION OFFENSE, LLC, MOTION § | |
| OFFENSE, LLC, DROPBOX INC | |

### ORDER SETTING CASE MANAGEMENT CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case is set for CASE MANAGEMENT CONFERENCE for purposes of limited referral on Wednesday July 06, 2022 at 10:00 AM before the Honorable Derek T. Gilliland. The Zoom link will be sent via email.

SIGNED this 5th day of July, 2022.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE