**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| DROPBOX, INC., <br><br> *Plaintiff/Counter-Defendant,* <br><br> v. <br><br> MOTION OFFENSE, LLC, <br><br> *Defendant/Counter-Plaintiff.* | Civil Action No.: 6:20-cv-00251-ADA |
| MOTION OFFENSE, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> DROPBOX, INC., <br><br> *Defendant.* | Civil Action No.: 6:21-cv-758-ADA |

## JOINT MOTION FOR ENTRY OF FOURTH AMENDED SCHEDULING ORDER

Pursuant to the Court's July 6, 2022 instruction, Dropbox, Inc. ("Dropbox") and Motion Offense LCC ("Motion Offense") hereby submit this Joint Motion for Entry of Fourth Amended Scheduling Order attached as Exhibit A.

| | |
|---|---|
| Dated: July 18, 2022 | Respectfully submitted, |
| */s/ Timothy Devlin* | */s/ Liv Herriot* |
| Timothy Devlin (No. 4241) | J. Stephen Ravel |
| Derek Dahlgren (*pro hac vice*) | Texas State Bar No. 16584975 |
| Alex Chan (Texas Bar No. 24108051) | KELLY HART & HALLMAN LLP |
| Mariam Clayton (*pro hac vice*) | 303 Colorado, Suite 2000 |
| DEVLIN LAW FIRM LLC | Austin, Texas 78701 |
| 1526 Gilpin Avenue | Tel: (512) 495-6429 |
| Wilmington, Delaware 19806 | Email: steve.ravel@kellyhart.com |
| Tel: (302) 449-9010 | |
| tdevlin@devlinlawfirm.com | Gregory H. Lantier (*pro hac vice*) |
| ddahlgren@devlinlawfirm.com | WILMER CUTLER PICKERING HALE |
| achan@devlinlawfirm.com | & DORR LLP |
| mclayton@devlinlawfirm.com | 1875 Pennsylvania Avenue |
| | Washington DC 20006 |
| ***Attorneys for Motion Offense, LLC*** | Tel: (202) 663-6327 |
| | Email: gregory.lantier@wilmerhale.com |
| | |
| | Liv Herriot (*pro hac vice*) |
| | WILMER CUTLER PICKERING HALE |
| | & DORR LLP |
| | 2600 El Camino Real, Suite 400 |
| | Palo Alto, CA 94306 |
| | Tel: (650) 858-6138 |
| | Email: liv.herriot@wilmerhale.com |
| | |
| | ***Attorneys for Dropbox, Inc.*** |

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on July 18, 2022.

*/s/ Timothy Devlin*
Timothy Devlin