UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DROPBOX, INC.,<br><br>    *Plaintiff/Counter-Defendant,*<br><br>v.<br><br>MOTION OFFENSE, LLC,<br><br>    *Defendant/Counter-Plaintiff.* | CIVIL ACTION NO.  6:20-cv-00251-ADA |
| MOTION OFFENSE, LLC<br><br>    *Plaintiff,*<br><br>v.<br><br>DROPBOX, INC.,<br><br>    *Defendant.* | CIVIL ACTION NO.  6:21-cv-00758-ADA |

**[PROPOSED] ORDER ON AMENDED FINAL CONTENTIONS DISPUTES**

The parties dispute the propriety of Motion Offense's amendments to its Final Infringement Contentions and Dropbox's amendments to its Final Invalidity Contentions.  The parties also dispute whether Dropbox may rely on allegedly highly confidential materials, including its non-public source code and internal technical documentation, as prior art in its invalidity contentions.

**ORDER**

Having considered the parties' submissions to the Court on the above issues, IT IS HEREBY ORDERED that

I.      By July 13, 2022, Dropbox shall file any motion to strike portions of Motion Offense's Amended Final Infringement Contentions it believes are prejudicial, and Motion Offense

1

shall file any motion to strike portions of Dropbox's Amended Final Invalidity Contentions it believes are prejudicial.

II. By July 20, 2022, Motion Offense shall file a response to any Dropbox Motion to Strike, and Dropbox shall file a response to any Motion Offense Motion to Strike;

III. The parties' dispute regarding use of highly confidential materials in Dropbox's invalidity contentions is more properly the subject of briefing at the summary judgment stage;

IV. The Scheduling Order in the consolidated cases (Dkt. No. 139) is hereby revised as follows to allow the parties time to brief their respective motions to strike.

| Event | Current Deadline | New Deadline |
|---|---|---|
| Opening Expert Reports | July 12, 2022 | August 5, 2022 |
| Rebuttal Expert Reports | August 16, 2022 | September 9, 2022 |
| Close of Expert Discovery | September 2, 2022 | September 23, 2022 |
| Motion Offense narrows to 15 claims | September 9, 2022 | September 30, 2022 |
| Dropbox narrows to 20 combinations and 15 prior art references. Prior art relied upon by an expert only as evidence of the knowledge of a person of ordinary skill in the art does not count as a prior art reference. Multiple pieces of prior art evidence (for example, documents, source code, webpages, videos or any other forms of evidence) used as evidence relating to one prior art system counts as a single prior art reference. Motion Offense is not precluded from challenging the prior art status of any such evidence and/or seeking to exclude its use. | September 23, 2022 | October 10, 2022 |
| Dispositive motion deadline/Daubert deadline | September 30, 2022 | October 17, 2022 |