# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| DROPBOX INC | § |
| | § |
| vs. | §   NO:  WA:20-CV-00251-ADA |
| | § |
| MOTION OFFENSE, LLC, MOTION OFFENSE, LLC, DROPBOX INC | § |

## ORDER SETTING DISCOVERY HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for DISCOVERY HEARING by Zoom on July 26, 2022 at 02:00 PM.

IT IS SO ORDERED this 25th day of July, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE