# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| DROPBOX, INC.,<br><br>*Plaintiff/Counter-Defendant,*<br><br>v.<br><br>MOTION OFFENSE, LLC,<br><br>*Defendant/Counter-Plaintiff.* | Civil Action No.: 6:20-cv-00251-ADA |
| MOTION OFFENSE, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DROPBOX, INC.,<br><br>*Defendant.* | Civil Action No.: 6:21-cv-758-ADA |

## FOURTH AMENDED SCHEDULING ORDER

| Event | Schedule |
|---|---|
| Opening expert reports | August 5, 2022 |
| Rebuttal expert reports | September 9, 2022 |
| Close of expert discovery | September 23, 2022 |
| Motion Offense narrows to 15 claims | September 30, 2022 |
| Dropbox narrows to 20 combinations and 15 prior art references.  Prior art relied upon by an expert only as evidence of the knowledge of a person of ordinary skill in the art does not count as a prior art reference.  Multiple pieces of prior art evidence (for example, documents, source code, webpages, videos or any other forms of evidence) used as evidence relating to one prior art system counts as a single prior art reference.  Motion Offense is not precluded from challenging the prior art status of any such evidence and/or seeking to exclude its use. | October 10, 2022 |
| Dispositive motion deadline/Daubert deadline | October 17, 2022 |
| Pretrial disclosures | October 20, 2022 |

| Event | Schedule |
|---|---|
| Objections to pretrial disclosures / rebuttal disclosures | October 31, 2022 |
| Objections to rebuttal disclosures and MILs | November 11, 2022 |
| Joint pretrial order & pretrial submissions | November 18, 2022 |
| Notice of request for daily transcript | December 13, 2022 |
| Parties to jointly email the Court's law clerk (See OGP at 1) to confirm their pretrial conference and trial dates. | November 18, 2022 |
| Joint notice re remaining objections to disclosures/MIL disputes | December 14, 2022 |
| Final pretrial conference | December 19, 2022 |
| Jury selection | January 17, 2023 |

SIGNED this 26th day of July, 2022

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE