# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| DROPBOX, INC., *Plaintiff/Counter-Defendant,* v. MOTION OFFENSE, LLC, *Defendant/Counter-Plaintiff.* | Civil Action No.: 6:20-cv-00251-ADA |
| MOTION OFFENSE, LLC, *Plaintiff,* v. DROPBOX, INC., *Defendant.* | Civil Action No.: 6:21-cv-758-ADA |

## ORDER

Pending before the Court is the Unopposed Motion to Withdraw as Counsel of Dropbox, Inc. ("Dropbox"). Having considered Dropbox's Motion, the Court hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that **Christine Duh** is withdrawn as counsel of record for Dropbox. The Court directs the Clerk to remove **Christine Duh** from the Court's CM/ECF service list as counsel of record for Dropbox.

**SIGNED** THIS _____ day of _____, 2022.

_____
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE