# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| DROPBOX, INC.,<br><br>     *Plaintiff / Counterclaim Defendant,*<br><br>   v.<br><br>MOTION OFFENSE, LLC,<br><br>     *Defendant / Counterclaim Plaintiff.* | **Civil Action No. 6:20-cv-00251-ADA** |
| MOTION OFFENSE, LLC,<br><br>     *Plaintiff.*<br><br>v.<br><br>DROPBOX, INC.,<br><br>     *Defendant.* | **Civil Action No. 6:21-cv-00758-ADA** |

## JOINT MOTION FOR ENTRY OF FOURTH AMENDED SCHEDULING ORDER

Pursuant to the Court's July 6, 2022 guidance, Dropbox, Inc. ("Dropbox") and Motion Offense LLC ("Motion Offense") hereby submit this Joint Motion for Entry of Fifth Amended Scheduling Order attached as Exhibit A.

Dated: September 6, 2022

| KELLY HART & HALLMAN LLP | DEVLIN LAW FIRM LLC |
|---|---|
| */s/ Liv Herriot* | */s/ Timothy Devlin* |
| J. Stephen Ravel | Timothy Devlin (No. 4241) |
| Texas State Bar No. 16584975 | Derek Dahlgren (*pro hac vice*) |
| 303 Colorado, Suite 2000 | Alex Chan (Texas Bar No. 24108051) |
| Austin, Texas 78701 | Cory Edwards (*pro hac vice*) |
| Tel: (512) 495-6429 | 1526 Gilpin Avenue |
| Tel: (512) 495-6464 | Wilmington, Delaware 19806 |
| Email: steve.ravel@kellyhart.com | Telephone: (302) 449-9010 |
| | tdevlin@devlinlawfirm.com |
| Gregory H. Lantier (*pro hac vice*) | ddahlgren@devlinlawfirm.com |
| WILMER CUTLER PICKERING HALE | achan@devlinlawfirm.com |
| & DORR LLP | cedwards@devlinlawfirm.com |
| 1875 Pennsylvania Avenue | |
| Washington DC 20006 | *Attorneys for Motion Offense, LLC* |
| Tel: (202) 663-6327 | |
| Email: gregory.lantier@wilmerhale.com | |
| | |
| Liv Herriot (*pro hac vice*) | |
| WILMER CUTLER PICKERING HALE | |
| & DORR LLP | |
| 2600 El Camino Real, Suite 400 | |
| Palo Alto, California 94306 | |
| Tel: (650) 858-6138 | |
| Email: liv.herriot@wilmerhale.com | |
| | |
| *Attorneys for Dropbox, Inc.* | |

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Civil Rule CV-5(b)(1) on September 6, 2022.

                                                                           */s/Timothy Devlin*
                                                                            Timothy Devlin