IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DROPBOX, INC.,<br><br>*Plaintiff / Counterclaim Defendant,*<br><br>v.<br><br>MOTION OFFENSE, LLC,<br><br>*Defendant / Counterclaim Plaintiff.* | **Civil Action No. 6:20-cv-00251-ADA** |
| MOTION OFFENSE, LLC,<br><br>*Plaintiff.*<br><br>v.<br><br>DROPBOX, INC.,<br><br>*Defendant.* | **Civil Action No. 6:21-cv-00758-ADA** |

**FIFTH AMENDED SCHEDULING ORDER**

| Event | Current Schedule | Proposed Schedule |
|---|---|---|
| Opening expert reports | August 5, 2022 | October 27, 2022 |
| Rebuttal expert reports | September 9, 2022 | December 8, 2022 |
| Close of expert discovery | September 23, 2022 | January 20, 2023 |
| Motion Offense narrows to 15 claims | September 30, 2022 | January 27, 2023 |
| Dropbox narrows to 20 combinations and 15 prior art references.  Prior art relied upon by an expert only as evidence of the knowledge of a person of ordinary skill in the art does not count as a prior art reference.  Multiple pieces of prior art evidence (for example, documents, source code, webpages, videos or any other forms of evidence) used as evidence relating to one prior art system | October 10, 2022 | February 6, 2023 |

| Event | Current Schedule | Proposed Schedule |
|---|---|---|
| counts as a single prior art reference. Motion Offense is not precluded from challenging the prior art status of any such evidence and/or seeking to exclude its use. | | |
| Dispositive motion deadline/Daubert deadline | October 17, 2022 | February 22, 2023 |
| Pretrial disclosures | October 20, 2022 | February 28, 2023 |
| Objections to pretrial disclosures / rebuttal disclosures | October 31, 2022 | March 14, 2023 |
| Objections to rebuttal disclosures<br><br>MILs | November 11, 2022 | March 28, 2023 |
| Joint pretrial order & pretrial submissions | November 18, 2022 | April 4, 2023 |
| Notice of request for daily transcript | December 13, 2022 | April 10, 2023 |
| Deadline to meet and confer regarding remaining objections and disputes on motions in limine. | | April 10, 2023 |
| Parties to jointly email the Court's law clerk (See OGP at 1) to confirm their pretrial conference and trial dates. | November 18, 2022 | March 20, 2023 |
| Joint notice re remaining objections to disclosures/MIL disputes | December 15, 2022 | April 19, 2023 |
| Final pretrial conference | December 20, 2022 | April 24, 2023 |
| Jury selection | January 17, 2023 | May 11, 2023 |
| Trial | January 17, 2023 | May 15, 2023 |

**SIGNED** THIS 7th day of September, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE