IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DROPBOX, INC.,<br><br>      *Plaintiff / Counterclaim Defendant,*<br><br>v.<br><br>MOTION OFFENSE, LLC,<br><br>      *Defendant / Counterclaim Plaintiff.* | **Civil Action No. 6:20-cv-00251-ADA**<br><br>**(Lead Case)** |
| MOTION OFFENSE, LLC,<br><br>      *Plaintiff.*<br><br>v.<br><br>DROPBOX, INC.,<br><br>      *Defendant.* | **Civil Action No. 6:21-cv-00758-ADA** |

**NOTICE OF AGREED EXTENSION OF TIME**
**TO SERVE OPENING AND REBUTTAL EXPERT REPORTS**

    Motion Offense, LLC ("Motion Offense") hereby notifies the court of their agreement with Dropbox, Inc. ("Dropbox") (collectively, the "parties") to extend the deadlines to serve opening and rebuttal expert reports.

    The current deadline to serve the opening and rebuttal expert reports is October 27, 2022 and December 8, 2022, respectively. The Parties have agreed to a one week extension such that the new deadline to serve opening reports is November 3, 2022 and the new deadline to serve rebuttal reports is December 15, 2022. All other deadlines will remain in effect.

Dated: October 26, 2022        DEVLIN LAW FIRM LLC

/s/ *Timothy Devlin*
Timothy Devlin (No. 4241)
Derek Dahlgren (*pro hac vice*)
Alex Chan (Texas Bar No. 24108051)
Cory Edwards (*pro hac vice*)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
tdevlin@devlinlawfirm.com
ddahlgren@devlinlawfirm.com
achan@devlinlawfirm.com
cedwards@devlinlawfirm.com

Attorneys for Defendant
*Motion Offense, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on October 26, 2022.

*/s/ Timothy Devlin*
Timothy Devlin