# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DROPBOX, INC.,<br><br>*Plaintiff / Counterclaim Defendant,*<br><br>v.<br><br>MOTION OFFENSE, LLC,<br><br>*Defendant / Counterclaim Plaintiff.* | **Civil Action No. 6:20-cv-00251-ADA** |
| MOTION OFFENSE, LLC,<br><br>*Plaintiff.*<br><br>v.<br><br>DROPBOX, INC.,<br><br>*Defendant.* | **Civil Action No. 6:21-cv-00758-ADA** |

**SIXTH AMENDED SCHEDULING ORDER**

| Event | Current Schedule | Proposed Schedule |
|---|---|---|
| Opening expert reports | November 3, 2022 | November 7, 2022 |
| Motion Offense's supplemental expert report on infringement | n/a | December 15, 2022 |
| Rebuttal expert reports | December 15, 2022 | Jan. 10, 2023 |
| Close of expert discovery | January 20, 2023 | Jan. 27, 2023 |
| Motion Offense narrows to 15 claims | January 27, 2023 | Feb. 3, 2023 |
| Dropbox narrows to 20 combinations and 15 prior art references.  Prior art relied upon by an expert only as evidence of the knowledge of a person of ordinary skill in the art does not count as a prior art reference.  Multiple pieces of prior art evidence (for example, documents, source code, webpages, videos or | February 6, 2023 | Feb. 13, 2023 |

| | | |
|---|---|---|
| any other forms of evidence) used as evidence relating to one prior art system counts as a single prior art reference. Motion Offense is not precluded from challenging the prior art status of any such evidence and/or seeking to exclude its use. | | |
| Dispositive motion deadline/Daubert deadline | February 22, 2023 | No change |
| Pretrial disclosures | February 28, 2023 | No change |
| Objections to pretrial disclosures / rebuttal disclosures | March 14, 2023 | No change |
| Objections to rebuttal disclosures<br><br>MILs | March 28, 2023 | No change |
| Joint pretrial order & pretrial submissions | April 4, 2023 | No change |
| Notice of request for daily transcript | April 10, 2023 | No change |
| Deadline to meet and confer regarding remaining objections and disputes on motions in limine. | April 10, 2023 | No change |
| Parties to jointly email the Court's law clerk (See OGP at 1) to confirm their pretrial conference and trial dates. | March 20, 2023 | No change |
| Joint notice re remaining objections to disclosures/MIL disputes | April 19, 2023 | No change |
| Final pretrial conference | April 24, 2023 | No change |
| Jury selection | May 11, 2023 | No change |
| Trial | May 15, 2023 | No change |

**SIGNED** THIS \_\_\_\_\_ day of _____, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE