IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DROPBOX, INC., <br><br>*Plaintiff/Counter-Defendant,*<br><br>v.<br><br>MOTION OFFENSE, LLC,<br><br>*Defendant/Counter-Plaintiff.* | Civil Action No.: 6:20-cv-00251-ADA |
| MOTION OFFENSE, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DROPBOX, INC.,<br><br>*Defendant.* | Civil Action No.: 6:21-cv-758-ADA |

## ORDER

This Court, after considering Dropbox Inc.'s Response (ECF No. 177) to Motion Offense's Rule 72(a) Objections and Appeal from Judge Gilliland's November 1, 2022 Non-Dispositive Order (ECF No. 173, "Objections to Non-Dispositive Order"), is of the opinion that the Objections to Non-Dispositive Order Motion to Stay should be denied. Motion Offense filed its objections before Judge Gilliland entered his Discovery Dispute Order (ECF No. 180) on January 6, 2023. In his Order, Judge Gilliland provides additional reasons that compel this Court to affirm his rulings from the bench on November 1, 2022.

**IT IS HEREBY ORDERED** that Motion Offense's Objections to the Non-Dispositive Order are **DENIED**, and Judge Gilliland's November 1, 2022 Non-Dispositive Order and his January 6, 2023 Discovery Dispute Order are hereby **AFFIRMED**.

**SIGNED** this 10th day of January, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE