IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DROPBOX, INC.,<br><br>    *Plaintiff / Counterclaim Defendant,*<br><br>v.<br><br>MOTION OFFENSE, LLC,<br><br>    *Defendant / Counterclaim Plaintiff.* | **Civil Action No. 6:20-cv-00251-ADA**<br><br>**(Lead Case)** |
| MOTION OFFENSE, LLC,<br><br>    *Plaintiff.*<br><br>v.<br><br>DROPBOX, INC.,<br><br>    *Defendant.* | **Civil Action No. 6:21-cv-00758-ADA** |

**NOTICE OF AGREED EXTENSION OF TIME
TO SERVE REBUTTAL EXPERT REPORTS**

Motion Offense, LLC ("Motion Offense") hereby notifies the Court of its agreement with Dropbox, Inc. ("Dropbox") (collectively, the "parties") to extend the deadline to serve rebuttal expert reports. The current deadline to serve the rebuttal expert reports is January 10, 2023. The Parties have agreed to a three-day extension, such that the new deadline to serve rebuttal expert reports is January 13, 2023. All other deadlines will remain in effect.

Dated: January 10, 2023

DEVLIN LAW FIRM LLC

/s/ *Derek Dahlgren*
Timothy Devlin (No. 4241)
Derek Dahlgren (*pro hac vice*)
Alex Chan (Texas Bar No. 24108051)
Cory Edwards (*pro hac vice*)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
tdevlin@devlinlawfirm.com
ddahlgren@devlinlawfirm.com
achan@devlinlawfirm.com
cedwards@devlinlawfirm.com

Attorneys for Defendant
*Motion Offense, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on January 10, 2023.

*/s/ Derek Dahlgren*
Derek Dahlgren