UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

DROPBOX, INC.

vs.                                                                 Case No.: 6:20-cv-00251-ADA

MOTION OFFENSE, LLC

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by JASON H. LISS, counsel for DROPBOX, INC., and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and JASON H. LISS may appear on behalf of DROPBOX, INC. in the above case.

IT IS FURTHER ORDERED that JASON H. LISS, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of February, 20 23 .

UNITED STATES DISTRICT JUDGE