# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| DROPBOX, INC.,<br><br>*Plaintiff/Counter-Defendant,*<br><br>v.<br><br>MOTION OFFENSE, LLC,<br><br>*Defendant/Counter-Plaintiff.* | Civil Action No.: 6:20-cv-00251-ADA |
| MOTION OFFENSE, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DROPBOX, INC.,<br><br>*Defendant.* | Civil Action No.: 6:21-cv-758-ADA |

### NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Notice is hereby given of the entry of the undersigned as additional counsel for Dropbox, Inc. in the above-referenced consolidated cases. Pursuant to Federal Rule of Civil Procedure 5, all further notice and copies of pleadings, papers, and other materials relevant to this action should be directed to and served upon:

> Kelly Ransom
> Texas State Bar No. 24109427
> KELLY HART & HALLMAN LLP
> 303 Colorado, Suite 2000
> Austin, Texas 78701
> Tel: (512) 495-6429
> kelly.ransom@kellyhart.com

February 23, 2023

          /s/ *Kelly Ransom*
J. Stephen Ravel
Texas State Bar No. 16584975
Kelly Ransom
Texas State Bar No. 24109427
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6429
Tel: (512) 495-6464
Steve.ravel@kellyhart.com
Kelly.ransom@kellyhart.com

Gregory H. Lantier (pro hac vice)
WILMER CUTLER PICKERING HALE
& DORR LLP
1875 Pennsylvania Avenue
Washington DC 20006
Tel: (202) 663-6327
gregory.lantier@wilmerhale.com

Liv Herriot (pro hac vice)
WILMER CUTLER PICKERING HALE
& DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6138
liv.herriot@wilmerhale.com

***Attorneys for Dropbox, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on February 23, 2023.

          /s/ *Kelly Ransom*
Kelly Ransom