**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| DROPBOX, INC., <br><br> *Plaintiff / Counterclaim Defendant,* <br><br> v. <br><br> MOTION OFFENSE, LLC, <br><br> *Defendant / Counterclaim Plaintiff.* | **Civil Action No. 6:20-cv-00251-ADA** <br><br> **(Lead Case)** |
| MOTION OFFENSE, LLC, <br><br> *Plaintiff.* <br><br> v. <br><br> DROPBOX, INC., <br><br> *Defendant.* | **Civil Action No. 6:21-cv-00758-ADA** |

**NOTICE OF AGREED EXTENSION OF TIME**
**TO FILE REDACTIONS**

Motion Offense, LLC ("Motion Offense") hereby notifies the Court of its agreement with

Dropbox, Inc. ("Dropbox") (collectively, the "parties") to extend the deadline to file redactions

to the Dispositive and Daubert Motions filed on February 24, 2023. The current deadline to file

redacted, public versions is March 3, 2023.  The Parties have agreed to extend that deadline by

two business-days such that the new deadline is March 7, 2023.  All other deadlines will remain

in effect.

Dated: March 3, 2023                              DEVLIN LAW FIRM LLC


                                                  /s/ *Derek Dahlgren*
                                                  Timothy Devlin (No. 4241)
                                                  Derek Dahlgren (*pro hac vice*)
                                                  Alex Chan (Texas Bar No. 24108051)
                                                  1526 Gilpin Avenue
                                                  Wilmington, DE 19806
                                                  (302) 449-9010
                                                  tdevlin@devlinlawfirm.com
                                                  ddahlgren@devlinlawfirm.com
                                                  achan@devlinlawfirm.com



                                                  Attorneys for Defendant
                                                  *Motion Offense, LLC*



### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has

been served on all counsel of record via the Court's ECF system on March 3, 2023.

                                                  */s/ Derek Dahlgren*
                                                  Derek Dahlgren