# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| DROPBOX INC | § | |
| | § | |
| vs. | § | NO:  WA:20-CV-00251-ADA |
| | § | |
| MOTION OFFENSE, LLC, MOTION OFFENSE, LLC, DROPBOX INC | § | |

## ORDER SETTING DISCOVERY HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for DISCOVERY HEARING by public Zoom on March 10, 2023 at 01:30 PM.

IT IS SO ORDERED this 7th day of March, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE