IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF TEXAS WACO DIVISION

DROPBOX, INC.,

        Plaintiff,

v.

MOTION OFFENSE, LLC,

        Defendant.

Case No. 6:20-cv-00251-ADA

**ORDER**

This Court, after considering Dropbox, Inc.'s Unopposed Motion for Withdrawal of Counsel, is of the opinion that the Unopposed Motion should be **GRANTED**.

**IT IS ORDERED** that the Unopposed Motion for Withdrawal is **GRANTED** and Yvonne Lee is hereby withdrawn as Dropbox, Inc.'s counsel of record.

**SIGNED** THIS ____ day of _____ 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE