IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DROPBOX, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>MOTION OFFENSE, LLC,<br><br>    Defendant. | Case No. 6:20-cv-00251-ADA |
| MOTION OFFENSE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DROPBOX, INC.,<br><br>    Defendant. | Case No. 6:21-cv-00758-ADA |

## ORDER

This Court, after considering Dropbox, Inc.'s Unopposed Motion for Withdrawal of Counsel, is of the opinion that the Unopposed Motion should be **GRANTED**.

**IT IS ORDERED** that the Unopposed Motion for Withdrawal is **GRANTED** and J. Stephen Ravel is hereby withdrawn as Dropbox, Inc.'s counsel of record.

**SIGNED** THIS _____ day of _____ 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE