## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| DROPBOX, INC.,<br><br>       *Plaintiff/Counter-Defendant,*<br><br>  v.<br><br>MOTION OFFENSE, LLC,<br><br>       *Defendant/Counter-Plaintiff.* | Civil Action No.:  6:20-cv-00251-ADA |
| MOTION OFFENSE, LLC,<br><br>       *Plaintiff,*<br><br>  v.<br><br>DROPBOX, INC.,<br><br>       *Defendant.* | Civil Action No.:  6:21-cv-758-ADA |

## <u>NOTICE OF AGREED EXTENSION TO FILE REDACTIONS</u>

Dropbox, Inc. hereby notifies the Court that the parties have agreed to extend the deadline to file redactions to their March 17, 2023 responses to dispositive and Daubert motions. *See* Dkt. Nos. 235-240 (Dropbox, Inc.'s Responses) and Dkt. Nos. 241, 243-245, 247 (Motion Offense, LLC's Responses). The parties have agreed to extend the current March 24, 2023 deadline to file redacted, public versions by two business-days to March 28, 2023. All other deadlines will remain in effect.

March 24, 2023

*/s/ Kelly Ransom*
Kelly Ransom
Texas State Bar No. 24109427
KELLY HART & HALLMAN LLP
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6464
Kelly.ransom@kellyhart.com

Gregory H. Lantier
WILMER CUTLER PICKERING HALE
& DORR LLP
2100 Pennsylvania Avenue
Washington DC 20037
Tel: (202) 663-6327
gregory.lantier@wilmerhale.com

Liv Herriot
WILMER CUTLER PICKERING HALE
& DORR LLP
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6138
liv.herriot@wilmerhale.com

**Attorneys for Dropbox, Inc.**

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record are being served with a copy of the foregoing

document via the Court's CM/ECF system on March 24, 2023.

*/s/ Kelly Ransom*