# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## WACO DIVISION

DROPBOX, INC.

vs.                                                             Case No.: 6:20-cv-251-ADA

MOTION OFFENSE, LLC

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by  Makenzi Herbst , counsel for Dropbox, Inc. , and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Makenzi Herbst  may appear on behalf of Dropbox, Inc. in the above case.

IT IS FURTHER ORDERED that Makenzi Herbst , if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of March , 20 23 .

_____
UNITED STATES DISTRICT JUDGE