# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | | |
|---|---|---|---|
| **DROPBOX INC** | § | | |
| | § | | |
| vs. | § | NO: | WA:20-CV-00251-ADA |
| | § | | |
| **MOTION OFFENSE, LLC, MOTION OFFENSE, LLC, DROPBOX INC** | § | | |
| *Defendant* | | | |

## ORDER SETTING INITIAL PRETRIAL CONFERENCE IN PERSON

**IT IS HEREBY ORDERED** that the above entitled and numbered case is SET for INITIAL PRETRIAL CONFERENCE IN PERSON, in U.S. Magistrate Court, Courtroom No. 2, Third Floor, 800 Franklin Avenue, Waco, Texas, on April 25, 2023 at 09:00 AM.

**IT IS SO ORDERED** this **27th day of March, 2023**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE