IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DROPBOX, INC.,<br><br>  *Plaintiff / Counterclaim Defendant,*<br><br> v.<br><br>MOTION OFFENSE, LLC,<br><br>  *Defendant / Counterclaim Plaintiff.* | **Civil Action No. 6:20-cv-00251-ADA**<br><br>**(Lead Case)** |
| MOTION OFFENSE, LLC,<br><br>  *Plaintiff.*<br><br> v.<br><br>DROPBOX, INC.,<br><br>  *Defendant.* | **Civil Action No. 6:21-cv-00758-ADA** |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

Notice is hereby given of the entry of the undersigned as additional counsel for Motion Offense, LLC ("Motion Offense") in the above-referenced consolidated cases. Pursuant to Federal Rule of Civil Procedure 5, all further notice and copies of pleadings, papers, and other materials relevant to this action should be directed to and served upon:

> Donald Puckett
> DEVLIN LAW FIRM LLC
> 1526 Gilpin Avenue
> Wilmington, DE 19806
> (302) 449-9010
> dpuckett@devlinlawfirm.com

Dated: March 29, 2023	DEVLIN LAW FIRM LLC

/s/ Donald Puckett
Timothy Devlin (No. 4241)
Derek Dahlgren (*pro hac vice*)
Alex Chan (Texas Bar No. 24108051)
Cory Edwards (*pro hac vice*)
Donald Puckett (Texas Bar No. 24013358)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
tdevlin@devlinlawfirm.com
ddahlgren@devlinlawfirm.com
achan@devlinlawfirm.com
cedwards@devlinlawfirm.com
dpuckett@devlinlawfirm.com

Attorneys for Defendant
*Motion Offense, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on March 29, 2023.

/s/ Donald Puckett