UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

DROPBOX, INC.,

vs.                                                  Case No.: 6:20-cv-00251-ADA

MOTION OFFENSE, LLC,

**ORDER**

      BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by  Andrew J. Sherman , counsel for  MOTION OFFENSE, LLC , and the Court, having reviewed the motion, enters the following order:

      IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and  Andrew J. Sherman  may appear on behalf of  MOTION OFFENSE, LLC  in the above case.

      IT IS FURTHER ORDERED that  Andrew J. Sherman , if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

      SIGNED this the _____ day of  March , 20_____.

_____
UNITED STATES DISTRICT JUDGE
