# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| DROPBOX INC | § § | |
| vs. | § § | NO: WA:20-CV-00251-ADA |
| MOTION OFFENSE, LLC, MOTION OFFENSE, LLC, DROPBOX INC | § | |

## ORDER SETTING DISCOVERY HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for DISCOVERY HEARING by public Zoom on April 05, 2023 at 03:30 PM.

IT IS SO ORDERED this 4th day of April, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE