**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| DROPBOX, INC., <br><br> *Plaintiff / Counterclaim Defendant,* <br><br> v. <br><br> MOTION OFFENSE, LLC, <br><br> *Defendant / Counterclaim Plaintiff.* | **Civil Action No. 6:20-cv-00251-ADA** <br><br> **(Lead Case)** |
| MOTION OFFENSE, LLC, <br><br> *Plaintiff.* <br><br> v. <br><br> DROPBOX, INC., <br><br> *Defendant.* | **Civil Action No. 6:21-cv-00758-ADA** |

**NOTICE OF REQUEST FOR DAILY TRANSCRIPT AND
REAL TIME REPORTING OF TRIAL PROCEEDINGS**

Pursuant to the Seventh Amended Scheduling Order (D.I. 189), Motion Offense, LLC hereby notifies the Court of its request for daily transcript and real time reporting of the trial proceedings in this matter. A copy of this request is being provided via email to the Court Reporter, Kristie Davis, at kmdaviscsr@yahoo.com.

Dated: April 10, 2023

DEVLIN LAW FIRM LLC

/s/ *Derek Dahlgren*
Timothy Devlin (DE Bar No. 4241)
Derek Dahlgren (*pro hac vice*)
Alex Chan (Texas Bar No. 24108051)
Srikant Cheruvu (*pro hac vice*)
Andrew Sherman (*pro hac vice*)
Jedidiah Phillips (*pro hac vice*)
Donald Puckett (Texas Bar No. 24013358)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
tdevlin@devlinlawfirm.com
ddahlgren@devlinlawfirm.com
achan@devlinlawfirm.com
scheruvu@devlinlawfirm.com
asherman@devlinlawfirm.com
jphillips@devlinlawfirm.com
dpuckett@devlinlawfirm.com

Attorneys for
*Motion Offense, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has

been served on all counsel of record via the Court's ECF system on April 10, 2023.

/s/ *Derek Dahlgren*
Derek Dahlgren

2