IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| DROPBOX, INC., *Plaintiff / Counterclaim Defendant,* v. MOTION OFFENSE, LLC, *Defendant / Counterclaim Plaintiff.* | Civil Action No. 6:20-cv-00251-ADA  (Lead Case) |
| MOTION OFFENSE, LLC, *Plaintiff.* v. DROPBOX, INC., *Defendant.* | Civil Action No. 6:21-cv-00758-ADA |

**NOTICE OF AGREED EXTENSION OF TIME TO CONFER**

Motion Offense, LLC ("Motion Offense") hereby notifies the Court of the parties' agreement to extend the deadline to confer regarding any remaining objections and disputes on motions *in limine* after the parties have filed their responses. The Parties have therefore agreed to confer on April 12, 2023.

Dated: April 10, 2023

DEVLIN LAW FIRM LLC

/s/ *Derek Dahlgren*
Timothy Devlin (No. 4241)
Derek Dahlgren (*pro hac vice*)
Alex Chan (Texas Bar No. 24108051)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
tdevlin@devlinlawfirm.com
ddahlgren@devlinlawfirm.com
achan@devlinlawfirm.com

Attorneys for Defendant
*Motion Offense, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on April 10, 2023.

/s/ *Derek Dahlgren*
Derek Dahlgren