# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| DROPBOX, INC.,<br><br>    *Plaintiff / Counterclaim Defendant,*<br><br>v.<br><br>MOTION OFFENSE, LLC,<br><br>    *Defendant / Counterclaim Plaintiff.* | **Civil Action No. 6:20-cv-00251-ADA**<br><br>**(Lead Case)** |
| MOTION OFFENSE, LLC,<br><br>    *Plaintiff.*<br><br>v.<br><br>DROPBOX, INC.,<br><br>    *Defendant.* | **Civil Action No. 6:21-cv-00758-ADA** |

**NOTICE OF AGREED EXTENSION OF TIME TO CONFER**

Motion Offense, LLC ("Motion Offense") hereby notifies the Court of the parties' agreement to extend the deadline to confer regarding any remaining objections and disputes on motions *in limine* after the parties have filed their responses. The Parties have therefore agreed to confer on April 13, 2023.

Dated: April 13, 2023

D<small>EVLIN</small> L<small>AW</small> F<small>IRM</small> LLC

/s/ *Derek Dahlgren*
Timothy Devlin (No. 4241)
Derek Dahlgren (*pro hac vice*)
Alex Chan (Texas Bar No. 24108051)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
tdevlin@devlinlawfirm.com
ddahlgren@devlinlawfirm.com
achan@devlinlawfirm.com

Attorneys for Defendant
*Motion Offense, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on April 13, 2023.

*/s/ Derek Dahlgren*
Derek Dahlgren