# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| DROPBOX, INC.,<br><br>      *Plaintiff/Counter-Defendant,*<br><br>v.<br><br>MOTION OFFENSE, LLC,<br><br>      *Defendant/Counter-Plaintiff.* | Civil Action No.: 6:20-cv-00251-ADA |
| MOTION OFFENSE, LLC,<br><br>      *Plaintiff,*<br><br>v.<br><br>DROPBOX, INC.,<br><br>      *Defendant.* | Civil Action No.: 6:21-cv-758-ADA |

## **NOTICE OF AGREED EXTENSION**

Dropbox, Inc. and Motion Offense, LLC hereby notify this Court that the parties have agreed to a one day extension of the deadline to file the Joint Notice regarding remaining objections to disclosures/motion *in limine* disputes to April 20, 2023. *See* Dkt. 189 (Seventh Amended Scheduling Order). The agreed extension will not change the date of a hearing or trial, and all other deadlines will remain in effect.

April 14, 2023                                            Respectfully submitted,

                                             */s/ Kelly Ransom*
Kelly Ransom
Texas State Bar No. 24109427
**KELLY HART & HALLMAN LLP**
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6464
Kelly.ransom@kellyhart.com

Gregory H. Lantier
Amanda L. Major (*pro hac vice*)
**WILMER CUTLER PICKERING HALE & DORR LLP**
2100 Pennsylvania Avenue
Washington DC 20037
Tel: (202) 663-6327
Tel: (202) 663-6304
gregory.lantier@wilmerhale.com
amanda.major@wilmerhale.com

Liv Herriot
**WILMER CUTLER PICKERING HALE & DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6138
liv.herriot@wilmerhale.com

Makenzi G. Herbst (*pro hac vice*)
Rauvin A. Johl (*pro hac vice*)
Jeannette Leopold (*pro hac vice*)
**WILMER CUTLER PICKERING HALE & DORR LLP**
60 State Street
Boston, MA 02109
Tel: (617) 526-6171
Tel: (617) 526-6104
Tel: (617) 526-6109
makenzi.herbst@wilmerhale.com
rauvin.johl@wilmerhale.com
jeannette.leopold@wilmerhale.com

***Attorneys for Dropbox, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on April 14, 2023.

*/s/ Kelly Ransom*
Kelly Ransom