# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| DROPBOX, INC., <br><br> *Plaintiff/Counterclaim Defendant* <br><br> v. <br><br> MOTION OFFENSE, LLC, <br><br> *Defendant/Counterclaim Plaintiff* | Civil Action No. 6:20-cv-00251-ADA |
| MOTION OFFENSE, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> DROPBOX, INC <br><br> *Defendant*. | Civil Action No. 6:21-cv-00758-ADA |

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given that Harry L. Gillam, Jr. of Gillam & Smith LLP enters his appearance in this matter as counsel of record on behalf of Dropbox, Inc.

Harry L. Gillam, Jr. may receive all communications from the Court and from other parties at Gillam & Smith, LLP, 303 South Washington Avenue, Marshall, Texas 75670; Telephone: (903) 934- 8450; Facsimile: (903) 934-9257; Email: gil@gillamsmithlaw.com.

2

Dated: April 18, 2023                                          Respectfully submitted,

                                                               */s/ Harry L. Gillam, Jr.*
                                                               Harry L. Gillam, Jr.
                                                               State Bar No. 07921800
                                                               GILLAM & SMITH, L.L.P.
                                                               303 South Washington Avenue
                                                               Marshall, Texas 75670
                                                               Telephone: (903) 934-8450
                                                               Facsimile: (903) 934-9257
                                                               Email: gil@gillamsmithlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on April 18, 2023, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                               */s/ Harry L. Gillam, Jr.*
                                                               Harry L. Gillam, Jr.