UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| DROPBOX INC | § § | |
| vs. | § § | NO: WA:20-CV-00251-ADA |
| MOTION OFFENSE, LLC, MOTION OFFENSE, LLC, DROPBOX INC | § | |

## ORDER RESETTING FINAL PRETRIAL CONFERENCE

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for FINAL PRETRIAL CONFERENCE by Public Zoom on May 11, 2023 at 03:00 PM .

IT IS SO ORDERED this 25th day of April, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE