**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| DROPBOX, INC., *Plaintiff/Counter-Defendant*, v. MOTION OFFENSE, LLC, *Defendant/Counter-Plaintiff.* | Civil Action No. 6:20-cv-00251-ADA |
| MOTION OFFENSE, LLC, *Plaintiff,* v. DROPBOX, INC., *Defendant.* | Civil Action No. 6:21-cv-758-ADA |

**JOINT MOTION TO CHANGE STYLE OF CASE**

Dropbox Inc. ("Dropbox") and Motion Offense LLC ("Motion Offense") hereby jointly move the Court to modify the style of *Dropbox, Inc. v. Motion Offense, LLC*, Case No. 6:20-cv-0251. *Dropbox, Inc. v. Motion Offense, LLC*, Case No. 6:20-cv-0251 is a declaratory judgment action where Dropbox is the Plaintiff and Counterclaim Defendant and Motion Offense is the Defendant and Counterclaim Plaintiff. That case is consolidated for all purposes including trial with *Motion Offense, LLC v. Dropbox, Inc.*, Case No. 6:21-cv-00758. In Case No. 6:21-cv-00758, Motion Offense is the Plaintiff and Dropbox is the Defendant. Both Case No. 6:20-cv-0251 and Case No. 6:21-cv-00758 are patent cases where Motion Offense is the patent owner and Dropbox is accused by Motion Offense of infringing the asserted patents. In order to simplify issues for the

jury, the parties have agreed that Motion Offense may be referred to as the Plaintiff and Dropbox as the Defendant during trial. The parties have further agreed that Dropbox may refer to the fact that it initiated litigation against Motion Offense after Motion Offense sued a Dropbox user.  In order to ensure that the JERS system functions smoothly and consistent with this agreement, the parties request that the Court modify the style of *Dropbox, Inc. v. Motion Offense, LLC*, Case No. 6:20-cv-0251 to reflect that the defendant is Dropbox and the plaintiff is Motion Offense.

| | |
|---|---|
| May 13, 2023 | Respectfully submitted, |

 */s/ Derek Dahlgren*  
Timothy Devlin (DE Bar No. 4241)  
Derek Dahlgren (*pro hac vice*)  
Alex Chan (Texas Bar No. 24108051)  
Donald Puckett (Texas Bar No. 24013358)  
Srikant Cheruvu (*pro hac vice*)  
Andrew Sherman (*pro hac vice*)  
Jedidiah Phillips (*pro hac vice*)  
**DEVLIN LAW FIRM LLC**  
1526 Gilpin Ave.,  
Wilmington, DE 19806  
Telephone: (302) 449-9010  
tdevlin@devlinlawfirm.com  
ddahlgren@devlinlawfirm.com  
achan@devlinlawfirm.com  
dpuckett@devlinlawfirm.com  
scheruvu@devlinlawfirm.com  
asherman@devlinlawfirm.com  
jphillips@devlinlawfirm.com  

*Attorneys for Motion Offense, LLC*

 */s/ Gregory H. Lantier*  
Kelly Ransom  
Texas State Bar No. 24109427  
**KELLY HART & HALLMAN LLP**  
303 Colorado, Suite 2000  
Austin, Texas 78701  
Tel: (512) 495-6464  
Kelly.ransom@kellyhart.com  

Gregory H. Lantier  
Amanda L. Major (*pro hac vice*)  
**WILMER CUTLER PICKERING HALE & DORR LLP**  
2100 Pennsylvania Avenue  
Washington DC 20037  
Tel: (202) 663-6327  
Tel: (202) 663-6304  
gregory.lantier@wilmerhale.com  
amanda.major@wilmerhale.com  

Liv Herriot  
**WILMER CUTLER PICKERING HALE & DORR LLP**  
2600 El Camino Real, Suite 400  
Palo Alto, California 94306  
Tel: (650) 858-6138  
liv.herriot@wilmerhale.com  

and

        Makenzi G. Herbst (*pro hac vice*)
        Rauvin A. Johl (*pro hac vice*)
        Jeannette Leopold (*pro hac vice*)
        **WILMER CUTLER PICKERING**
        **HALE & DORR LLP**
        60 State Street
        Boston, MA 02109
        Tel: (617) 526-6171
        Tel: (617) 526-6104
        Tel: (617) 526-6109
        makenzi.herbst@wilmerhale.com
        rauvin.johl@wilmerhale.com
        jeannette.leopold@wilmerhale.com

        ***Attorneys for Dropbox, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on May 13, 2023.

        */s/ Kelly Ransom*