# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| MOTION OFFENSE, LLC,<br><br>　　　　　*Plaintiff*<br><br>　v.<br><br>DROPBOX, INC,<br><br>　　　　　*Defendant* | Civil Action No.: 6:20-cv-00251-ADA |
| MOTION OFFENSE, LLC,<br><br>　　　　　*Plaintiff,*<br><br>　v.<br><br>DROPBOX, INC.,<br><br>　　　　　*Defendant.* | Civil Action No.: 6:21-cv-758-ADA |

### NOTICE OF AGREED EXTENSION TO FILE REDACTIONS

Dropbox, Inc. hereby notifies the Court that the parties have agreed to extend the deadline for Dropbox, Inc.'s to file redactions to its May 8, 2023 Opposed Supplemental Motion to Exclude the Opinions of Stephen E. Dell (Dkt. 342) to May 23, 2023. The agreed extension will not change the date of a hearing or trial, and all other deadlines will remain in effect.

May 15, 2023                                     Respectfully submitted,

*/s/ Kelly Ransom*
Kelly Ransom
Texas State Bar No. 24109427
**KELLY HART & HALLMAN LLP**
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6464
Kelly.ransom@kellyhart.com

Gregory H. Lantier
Amanda L. Major (*pro hac vice*)
**WILMER CUTLER PICKERING HALE & DORR LLP**
2100 Pennsylvania Avenue
Washington DC 20037
Tel: (202) 663-6327
Tel: (202) 663-6304
gregory.lantier@wilmerhale.com
amanda.major@wilmerhale.com

Liv Herriot
**WILMER CUTLER PICKERING HALE & DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6138
liv.herriot@wilmerhale.com

Makenzi G. Herbst (*pro hac vice*)
Rauvin A. Johl (*pro hac vice*)
Jeannette Leopold (*pro hac vice*)
**WILMER CUTLER PICKERING HALE & DORR LLP**
60 State Street
Boston, MA 02109
Tel: (617) 526-6171
Tel: (617) 526-6104
Tel: (617) 526-6109
makenzi.herbst@wilmerhale.com
rauvin.johl@wilmerhale.com
jeannette.leopold@wilmerhale.com

***Attorneys for Dropbox, Inc.***

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on May 15, 2023.

<em>/s/ Kelly Ransom</em>