AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

Motion Offense, LLC )
*Plaintiff* )
v. ) Case No. 6:20-cv-00251-ADA
Dropbox, Inc. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Dropbox, Inc.

Date: 05/16/2023

*Attorney's signature*

Brittany Blueitt Amadi, DC 1015271, VA 80078
*Printed name and bar number*

2100 Pennsylvania Avenue NW
Washington, DC 20037

*Address*

Brittany.Amadi@wilmerhale.com
*E-mail address*

(202) 663-6022
*Telephone number*

(202) 663-6363
*FAX number*