# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| DROPBOX, INC., *Plaintiff / Counterclaim Defendant,* v. MOTION OFFENSE, LLC, *Defendant / Counterclaim Plaintiff.* | Civil Action No. 6:20-cv-00251-ADA **JURY TRIAL DEMANDED** |
| MOTION OFFENSE, LLC, *Plaintiff,* v. DROPBOX, INC., *Defendant.* | Civil Action No. 6:21-cv-00758-ADA **JURY TRIAL DEMANDED** |

## JOINT PROPOSED JURY VERDICT FORM

Motion Offense, LLC and Dropbox, Inc. jointly submit this proposed jury verdict form, incorporating the guidance received from the Court during an informal jury charge conference. The parties stipulate and agree that any objection to the verdict form, as stated by a party in its most recent filing with the pretrial order,[1] is preserved and not waived by the filing of this Joint Proposed Jury Verdict Form that incorporates guidance from the Court. The proposed verdict form begins on the next page.

---

[1] *See* Dkt. 321-12 and 321-14.

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the Form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

As used here, "Motion Offense" means Motion Offense LLC and "Dropbox" means "Dropbox Inc." As used here, "'158 Patent" refers to U.S. Patent No. 10,013,158, "'052 Patent" refers to U.S. Patent No. 10,021,052, "'548 Patent" refers to U.S. Patent No. 10,587,548 and "'215 Patent" refers to U.S. Patent No. 11,044,215.

We, the jury, unanimously agree to the answers to the following questions, and return them under the instructions of this Court as our verdict in this case.

## I. QUESTIONS OF INFRINGEMENT

Please answer Question 1 separately for each asserted patent claim.

> **Q1. For each asserted patent claim, has Motion Offense proven by a preponderance of the evidence that Dropbox has infringed?**
>
> **Please answer in each cell with "Yes" (for Motion Offense) or "No" (for Dropbox).**

| | |
|---|---|
| '158 patent – Claim 3 | |
| '158 patent – Claim 6 | |
| '158 patent – Claim 14 | |
| '052 patent – Claim 12 | |
| '052 patent – Claim 20 | |
| '052 patent – Claim 27 | |
| '548 patent – Claim 46 | |
| '215 patent – Claim 18 | |

## II.     QUESTIONS OF PRIORITY DATE

**ANSWER QUESTION 2 FOR EACH ASSERTED CLAIM OF THE '158 PATENT AND EACH ASSERTED CLAIM OF THE '052 PATENT.**

| **Q2. For each asserted patent claim, has Motion Offense proven by a preponderance of the evidence that the claim is entitled to a priority date of September 25, 2012?** <br><br> **Please answer in each cell with "Yes" (for Motion Offense) or "No" (for Dropbox).** | |
|---|---|
| '158 patent – Claim 3 | |
| '158 patent – Claim 6 | |
| '158 patent – Claim 14 | |
| '052 patent – Claim 12 | |
| '052 patent – Claim 20 | |
| '052 patent – Claim 27 | |

**ANSWER QUESTION 2 FOR CLAIM 46 OF THE '548 PATENT AND/OR CLAIM 18 OF THE '215 PATENT <u>ONLY IF</u> YOU ANSWERED "YES" FOR THAT CLAIM IN QUESTION 1.**

| **Q2. For each asserted patent claim, has Motion Offense proven by a preponderance of the evidence that the claim is entitled to a priority date of September 25, 2012??** <br><br> **Please answer in each cell with "Yes" (for Motion Offense) or "No" (for Dropbox).** | |
|---|---|
| '548 patent – Claim 46 | |
| '215 patent – Claim 18 | |

3

### III.     QUESTIONS OF INVALIDITY

**ANSWER QUESTION 3 FOR EACH ASSERTED CLAIM OF THE '158 PATENT AND EACH ASSERTED CLAIM OF THE '052 PATENT.**

| Q3. For each asserted patent claim, has Dropbox proven by clear and convincing evidence that the claim is invalid as anticipated or obvious in light of the prior art? Please answer in each cell with "Yes" (for Dropbox) or "No" (for Motion Offense). | |
|---|---|
| '158 patent – Claim 3 | |
| '158 patent – Claim 6 | |
| '158 patent – Claim 14 | |
| '052 patent – Claim 12 | |
| '052 patent – Claim 20 | |
| '052 patent – Claim 27 | |

**ANSWER QUESTION 3 FOR CLAIM 46 OF THE '548 PATENT AND/OR CLAIM 18 OF THE '215 PATENT <u>ONLY IF</u> YOU ANSWERED "YES" FOR THAT CLAIM IN QUESTION 1.**

| Q3. For each asserted patent claim, has Dropbox proven by clear and convincing evidence that the claim is invalid as anticipated or obvious in light of the prior art? Please answer in each cell with "Yes" (for Dropbox) or "No" (for Motion Offense). | |
|---|---|
| '548 patent – Claim 46 | |
| '215 patent – Claim 18 | |

4

IV.       QUESTION OF DAMAGES (ONLY IF APPLICABLE)

IF YOU ANSWERED "NO" FOR ALL CLAIMS IN QUESTION 1 (NOT INFRINGED), DO NOT ANSWER QUESTION 4.  PROCEED DIRECTLY TO THE FINAL SIGNATURE PAGE.

IF YOU ANSWERED "YES" (INFRINGED) FOR AT LEAST ONE CLAIM IN QUESTION 1 **AND** YOU FOUND ANY INFRINGED CLAIM NOT INVALID ("NO" IN QUESTION 3), THEN PROCEED TO QUESTION 4.

**Q4. What is the amount of reasonable royalty damages through June 30, 2022, that Motion Offense has proved by a preponderance of the evidence as a result of the infringement you found in Question No. 1?**

**Amount of Reasonable Royalty Damages: $_____**

**PROCEED TO THE FINAL SIGNATURE PAGE.**

**FINAL PAGE OF JURY VERDICT FORM**

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your **unanimous** determinations. After you have satisfied that your unanimous answers are correctly reflected above, your Jury Foreperson should then sign and date this Verdict Form in the spaces below. Once that is done, notify the Court Security Officer that you have reached a verdict.

SIGNED this \_\_\_\_ day of May 2023.

_____
JURY FOREPERSON

| | |
|---|---|
| May 19, 2023 | Respectfully submitted, |
| /s/ Donald Puckett | /s/ Gregory H. Lantier |

Timothy Devlin (DE Bar No. 4241)
Derek Dahlgren (*pro hac vice*)
Alex Chan (Texas Bar No. 24108051)
Donald Puckett (Texas Bar No. 24013358)
Srikant Cheruvu (*pro hac vice*)
Andrew Sherman (*pro hac vice*)
Jedidiah Phillips (*pro hac vice*)
**DEVLIN LAW FIRM LLC**
1526 Gilpin Ave.,
Wilmington, DE 19806
Telephone: (302) 449-9010
tdevlin@devlinlawfirm.com
ddahlgren@devlinlawfirm.com
achan@devlinlawfirm.com
dpuckett@devlinlawfirm.com
scheruvu@devlinlawfirm.com
asherman@devlinlawfirm.com
jphillips@devlinlawfirm.com

*Attorneys for Motion Offense, LLC*

Kelly Ransom
Texas State Bar No. 24109427
**KELLY HART & HALLMAN LLP**
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6464
Kelly.ransom@kellyhart.com

Gregory H. Lantier
Amanda L. Major (*pro hac vice*)
**WILMER CUTLER PICKERING HALE & DORR LLP**
2100 Pennsylvania Avenue
Washington DC 20037
Tel: (202) 663-6327
Tel: (202) 663-6304
gregory.lantier@wilmerhale.com
amanda.major@wilmerhale.com

Liv Herriot
**WILMER CUTLER PICKERING HALE & DORR LLP**
2600 El Camino Real,
Suite 400 Palo Alto,
California 94306  Tel: (650) 858-6138
liv.herriot@wilmerhale.com

Makenzi G. Herbst (*pro hac vice*) Rauvin A. Johl (*pro hac vice*) Jeannette Leopold (*pro hac vice*)
**WILMER CUTLER PICKERING HALE & DORR LLP**
60 State Street
Boston, MA 02109
Tel: (617) 526-6171
Tel: (617) 526-6104
Tel: (617) 526-6109
makenzi.herbst@wilmerhale.com
rauvin.johl@wilmerhale.com
jeannette.leopold@wilmerhale.com

*Attorneys for Dropbox, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of the foregoing document via electronic mail on May 19, 2023.

>*/s/ Kelly Ransom*
>Kelly Ransom