**FILED**
May 19, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ____Jennifer Clark____
　　　　DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

DROPBOX INC §
　　　　　　　§
vs. 　　　　　§ NO: WA:20-CV-00251-ADA
　　　　　　　§
MOTION OFFENSE, LLC, MOTION §
OFFENSE, LLC, DROPBOX INC §

### JURY NOTE #1

The foreperson is: _CESAR CALDERON_

███████████████████████
███████████████████████
FOREPERSON

RESPONSE:

DATE: _05/19/2023_   TIME: _10:30_

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

May 19, 2023

10:32