UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

**FILED**
May 19, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ____Jennifer Clark____
DEPUTY

DROPBOX INC §
§
VS. § NO: WA:20-CV-00251-ADA
§
MOTION OFFENSE, LLC, MOTION §
OFFENSE, LLC, DROPBOX INC §

JURY NOTE NUMBER __2__

Can Dropboxes file share patents be shared with the jury?

[signature redacted]
PRESIDING JUROR

05/19/23   11:58 AM
DATE and TIME

* * * * * * * * * *

COURT'S RESPONSE:

Ladies and gentlemen, you have all of the evidence that was admitted in the case. Please continue your deliberations.

[signature]
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

May 19, 2027   1:04 pm
DATE and TIME