**FILED**
May 19, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Jennifer Clark_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

DROPBOX INC

vs.

MOTION OFFENSE, LLC, MOTION OFFENSE, LLC, DROPBOX INC

§
§
§   NO: WA:20-CV-00251-ADA
§
§

JURY NOTE NUMBER 3

We have a verdict.

___[redacted]___
PRESIDING JUROR

05/19/2023
DATE and TIME

* * * * * * * * * *

COURT'S RESPONSE:

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

May 19, 2023   2:40 pm
DATE and TIME