UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

MOTION OFFENSE, LLC §
vs. § CIVIL NO:
§ WA:20-CV-00251-ADA
DROPBOX INC §
§

# LIST OF WITNESSES

| FOR PLAINTIFF | FOR DEFENDANT |
|---|---|
| 1. Robert Paul Morris | 1. Jason Terk |
| 2. Andrew Gordon | 2. Maxime Lareabie-Belanger |
| 3. Pearl Shu via deposition | 3. Phillip Gibbons |
| 4. Deborah Holstein via deposition | 4. Pranesh Pandurangan via deposition |
| 5. Robert Akl | 5. Kevin Zilka via video deposition |
| 6. Stephen Dell | 6. Patrick Caldwell via video deopsition |
| 7. Robert Akl - recalled | 7. Micahel Shamos |
| 8. | 8. |
| 9. | 9. |
| 10. | 10. |
| 11. | 11. |
| 12. | 12. |
| 13. | 13. |
| 14. | 14. |
| 15. | 15. |