**FILED**

United States District Court
Western District
Exhibits Log: 6:20-CV-251 Dropbox V Motion Offense
6:20-CV-251 Dropbox V Motion Offense, 5/15/2023

May 31, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____
Jennifer Clark
DEPUTY

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| Pla-1 | US 10013158 |
| Pla-2 | US 10021052 |
| Pla-4 | US 10587548 |
| Pla-6 | MOTIONOFFENSE0006465 |
| Pla-7-C | Assignment |
| Pla-7-D | Assignment |
| Pla-7-F | Assignment |
| Pla-7-G | Assignment |
| ███████ | ███████████████ |
| Pla-103 | Schubach Depo Exh 5v2 |
| ███████ | █████████████ |
| ███████ | █████████████ |
| Pla-116 | Schubach Depo Exh 18v2 |
| Pla-138 | MOTIONOFFENSE001616-1638 |
| Pla-171 | MOTIONOFFENSE0002862 |
| ███████ | ████████████████████ |
| Pla-220 | MOTIONOFFENSE0005252v2 |
| Pla-222 | DRBXMoOff000053101-06 |
| ███████ | █████████████ |
| ███████ | █████████████ |
| ███████ | ██████████████████ |
| ███████ | █████████████ |
| ███████ | █████████████ |
| ███████ | ███████████████ |
| Pla-274 | MOTIONGO0046799 |
| ███████ | █████████████ |
| ███████ | █████████████ |
| ███████ | ██████████████ |
| Pla-286 | MOTIONGO0053901 |
| ███████ | █████████████ |
| ███████ | █████████████ |
| ███████ | █████████████ |
| ███████ | █████████████ |
| Pla-316 | Screenshots |
| Pla-316-A | 0003 |
| Pla-316-AA | 0151 |
| Pla-316-B | 0005 |
| Pla-316-BB | 0152 |

| EXHIBIT | DESCRIPTION |
|---|---|
| Pla-316-C | 0006 |
| Pla-316-D | 0011 |
| Pla-316-E | 0023 |
| Pla-316-F | 0025 |
| Pla-316-G | 0027 |
| Pla-316-H | 0030 |
| Pla-316-I | 0038 |
| Pla-316-J | 0040 |
| Pla-316-K | 0041 |
| Pla-316-L | 0087 |
| Pla-316-M | 0090 |
| Pla-316-N | 0092 |
| Pla-316-O | 0098 |
| Pla-316-P | 0105 |
| Pla-316-Q | 0109 |
| Pla-316-R | 0120 |
| Pla-316-S | 0121 |
| Pla-316-T | 0122 |
| Pla-316-U | 0124 |
| Pla-316-V | 0126 |
| Pla-316-W | 0133 |
| Pla-316-X | 0134 |
| Pla-316-Y | 0144 |
| Pla-316-Z | 0152 |
| ███ | ████████ |
| ███ | ████ |
| ████ | ██████ |
| ████ | ██████ |
| ████ | ██████ |
| ████ | ██████ |
| ████ | ██████ |
| ████ | ██████ |
| ████ | ██████ |
| ████ | ██████ |
| ████ | ██████ |
| ████ | ██████ |
| ████ | ██████ |
| ████ | ██████ |
| ████ | ██████ |
| ████ | ██████ |
| ████ | ██████ |
| ████ | ██████ |
| ████ | ██████ |
| ████ | ██████ |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| ███████ | ██████████████████ |
| ███████ | ██████████████████ |
| ███████ | ██████████████████ |
| ███████ | ██████████████████ |
| ███████ | ██████████████████ |
| ███████ | ██████████████████ |
| ███████ | ██████████████████ |
| ███████ | ██████████████████ |
| ███████ | ██████████████████ |
| ███████ | ██████████████████ |
| ███████ | ██████████████████ |
| ███████ | ██████████████████ |
| ███████ | ██████████████████ |
| ███████ | ██████████████████ |
| ███████ | ██████████████████ |
| ███████ | ██████████████████ |
| ███████ | ██████████████████ |
| ███████ | ██████████████████ |
| ███████ | ██████████████████ |
| ███████ | ██████████████████ |
| ███████ | ██████████████████ |
| ███████ | ██████████████████ |
| ███████ | ██████████████████ |
| ███████ | ██████████████████ |
| ███████ | ██████████████████ |
| Pla-810 | MOTIONOFFENSE0002865v2 |
| Pla-844 | DRBX_MoOff_000017699v2 |
| ███████ | █████████████ |
| ███████ | ██████████ |
| ███████ | ███████████████ |
| Pla-1332 | File History excerpt |
| Pla-1333 | File History excerpt |
| Pla-1519 | MO-RPM-SM0000729 |
| Pla-1533 | Dropbox Whitepaper |
| Pla-1549 | MOTIONOFFENSE0006365 |
| Def-36 | USP 9049176 2023-05-01 21.32.29 |
| Def-42 | Lyons Exhibit 22 USP 8825597 2023-05-01 21.33.17 |
| Def-43 | Larabie Belanger 04 US Patent Application Publication No 20140067929 2023-05-01 21.33.17 |
| Def-86 | Dropbox Share Folder Overview 2023-05-01 21.38.05 |
| Def-105 | Get Files Sent to Your Dropbox via Email or a Webpage 2023-05-01 21.40.43 |
| Def-113 | DropBox Demo 2023-05-01 21.42.09 |
| Def-115 | Sharing Files With DropBox |
| Def-116 | Transfer files to and from your iPad using Dropbox 2023-05-01 21.42.56 |
| Def-320 | Morris 21 2023-05-01 21.38.48 |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| Def-324 | Morris 13 2023-05-01 21.38.59 |
| ███████ | ███████████████████████████ |
| ███████ | ███████████████████████████ |
| Def-733 | Gizmo Dropbox iPhone App Review |
| ███████ | ████████████████████ |
| ███████ | ████████████████████████ |
| ███████ | █████████████████████████████████████ |
| ███████ | ███████████████████ |
| ███████ | ████████████████████████████ |
| ███████ | ████████████████████████████ |
| ███████ | ████████████████████████████ |
| ███████ | ████████████████████████████ |
| ███████ | ████████████████████████████ |
| ███████ | ████████████████████████████ |
| ███████ | ████████████████████████████ |
| ███████ | ████████████████████████████ |
| ███████ | ████████████████████████████ |
| ███████ | ████████████████████████████ |
| ███████ | ████████████████████████████ |
| ███████ | ████████████████████████████ |
| ███████ | ████████████████████████████ |
| ███████ | ████████████████████████████ |
| ███████ | ████████████████████████████ |
| ███████ | ████████████████████████████ |
| ███████ | ████████████████████████████ |
| ███████ | ████████████████████████████ |
| ███████ | ████████████████████████████ |
| ███████ | ████████████████████████████ |
| ███████ | ████████████████████████████ |
| ███████ | ████████████████████████████ |
| ███████ | ████████████████████████████ |
| ███████ | ████████████████████████████ |
| ███████ | ████████████████████████████ |
| ███████ | ████████████████████████████ |
| ███████ | ████████████████████████████ |
| Def-1088 | How to Share a Dropbox Folder2H |