**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| MOTION OFFENSE, LLC, | |
| *Plaintiff,* | **Civil Action No. 6:20-cv-00251-ADA** |
| v. | |
| DROPBOX, INC., | **JURY TRIAL DEMANDED** |
| *Defendant.* | |
| | |
| MOTION OFFENSE, LLC, | |
| *Plaintiff,* | **Civil Action No. 6:21-cv-00758-ADA** |
| v. | |
| DROPBOX, INC., | **JURY TRIAL DEMANDED** |
| *Defendant.* | |

**MOTION OFFENSE, LLC'S OPPOSITION TO DROPBOX, INC.'S RENEWED**
**PRE-VERDICT MOTION FOR JUDGMENT AS A MATTER OF LAW [DKT. 370]**

Motion Offense understands Dropbox's Renewed Pre-verdict Motion for Judgment as a Matter of Law, Dkt. 370, to be moot in light of the Jury Verdict, Dkt. 382. If the Court disagrees with this understanding, Motion Offense respectfully requests a communication to that effect from the Court and an extension of time for opposition briefing.

June 2, 2023

Respectfully submitted,

 /s/ Derek Dahlgren
Timothy Devlin (DE Bar No. 4241)
Derek Dahlgren (*pro hac vice*)
Alex Chan (Texas Bar No. 24108051)
Donald Puckett (Texas Bar No. 24013358)
Srikant Cheruvu (*pro hac vice*)
Andrew Sherman (*pro hac vice*)
Jedidiah Phillips (*pro hac vice*)
**DEVLIN LAW FIRM LLC**
1526 Gilpin Ave.,
Wilmington, DE 19806
Telephone: (302) 449-9010
tdevlin@devlinlawfirm.com
ddahlgren@devlinlawfirm.com
achan@devlinlawfirm.com
dpuckett@devlinlawfirm.com
scheruvu@devlinlawfirm.com
asherman@devlinlawfirm.com
jphillips@devlinlawfirm.com

*ATTORNEYS FOR MOTION OFFENSE, LLC*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via electronic mail on June 2, 2023.

*/s/ Derek Dahlgren*
Derek Dahlgren