

1526 Gilpin Avenue
Wilmington, Delaware 19806
United States of America
Tel: 302-449-9010
Fax: 302-353-4251
www.devlinlawfirm.com

June 13, 2023

The Honorable Judge Alan D. Albright
United States District Court
  for the Western District of Texas
800 Franklin Avenue
Room 301
Waco, Texas 76701

      Re:   *Dropbox, Inc. v. Motion Offense, LLC*,
            No. 6-20-cv-00251-ADA (WDTX)

Dear Honorable Judge Albright:

      This letter provides additional information regarding my current *pro hac vice* admission to this Court, which is based on my good standing to practice in Delaware (where I reside). My status within Delaware remains unchanged, and I have maintained good standing in Delaware through the entirety of my *pro hac vice* admission with this Court. I currently appear as counsel in one open matter before this Court.[1] I make this disclosure as a follow-up to my letter of February 11, 2022, pursuant to my continuing duty of candor.

      As noted in my earlier letter to this Court, I was previously admitted to practice in the State of New York and District of Columbia. Through a misunderstanding of the requirements of each jurisdiction, my licenses to practice in the District of Columbia and State of New York had been suspended for failing to file an annual registration statement and non-payment of registration fees, respectively.

      As of January 11, 2022, my standing with the District of Columbia Bar has been fully reinstated. On April 28, 2023, I submitted a request for my voluntary resignation from the District of Columbia Bar. On May 31, 2023, my request for voluntary resignation was approved. I am therefore no longer the subject of any disciplinary action, and no longer registered to practice, in the District of Columbia.

      On January 24, 2023, I filed a motion with the New York Supreme Court, Appellate Division for reinstatement to the New York Bar, along with a request to voluntarily resign from the New York Bar for non-disciplinary reasons. On April 27, 2023, the court issued a Memorandum and Order granting my Motion in full. Specifically, the court ordered: (1) my immediate reinstatement as an attorney, removing any suspension; and (2) my voluntary resignation for non-disciplinary reasons from the

---

[1]*Dropbox, Inc. v. Motion Offense, LLC*, No. 6-20-cv-00251-ADA, Dkt. 34 (WDTX).

DEVLIN LAW FIRM

June 13, 2023
Page 2 of 2

Bar of the State of New York.  I am therefore no longer the subject of any disciplinary action, and no longer registered to practice, in the State of New York.

      If the Court has any questions about these matters, I am available at the Court's convenience.

*/s/ Timothy Devlin*
Timothy Devlin