IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MOTION OFFENSE, LLC,<br><br>        *Plaintiff,*<br><br>v.<br><br>DROPBOX, INC.,<br><br>        *Defendant.* | **Civil Action No. 6:20-cv-00251-ADA**<br><br>**JURY TRIAL DEMANDED** |
| MOTION OFFENSE, LLC,<br><br>        *Plaintiff,*<br><br>v.<br><br>DROPBOX, INC.,<br><br>        *Defendant.* | **Civil Action No. 6:21-cv-00758-ADA**<br><br>**JURY TRIAL DEMANDED** |

### ORDER

The Court, after considering Motion Offense, LLC's Unopposed Motion for Extension of Time to Respond to Defendant Dropbox Inc.'s Opposed Motion for Entry of Judgment, is of the opinion that the Motion should be **GRANTED**.

**IT IS HEREBY ORDERED** that Motion Offense, LLC's Unopposed Motion for Extension of Time to Respond to Defendant Dropbox, Inc.'s Opposed Motion for Entry of Judgment is **GRANTED**, and the deadline for Motion Offense, LLC to respond is hereby extended through and including September 12, 2023.

**SIGNED** this \_\_\_\_\_ day of _____, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE