# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| DROPBOX, INC.,<br><br>    *Plaintiff/Counter-Defendant,*<br><br>v.<br><br>MOTION OFFENSE, LLC,<br><br>    *Defendant/Counter-Plaintiff.* | Civil Action No.: 6:20-cv-00251-ADA |
| MOTION OFFENSE, LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>DROPBOX, INC.,<br><br>    *Defendant.* | Civil Action No.: 6:21-cv-758-ADA |

## NOTICE OF AGREED EXTENSION

Dropbox, Inc. hereby notifies the Court that the parties have agreed to extend the deadline for Dropbox, Inc. to file a reply in support of its Opposed Motion for Entry of Judgment (Dkt. 398) from September 19, 2023 to September 26, 2023. The agreed extension will not change the date of a hearing, trial, or other deadline.

September 14, 2023

    Respectfully submitted,

    */s/ Kelly Ransom*
    Kelly Ransom
    Texas State Bar No. 24109427
    **KELLY HART & HALLMAN LLP**
    303 Colorado, Suite 2000
    Austin, Texas 78701
    Tel: (512) 495-6464
    Kelly.ransom@kellyhart.com

Gregory H. Lantier
Brittany B. Amadi
Amanda L. Major (*pro hac vice*)
**WILMER CUTLER PICKERING HALE & DORR LLP**
2100 Pennsylvania Avenue
Washington DC 20037
Tel: (202) 663-6327
Tel: (202) 663-6304
gregory.lantier@wilmerhale.com
brittany.amadi@wilmerhale.com
amanda.major@wilmerhale.com

Liv Herriot
**WILMER CUTLER PICKERING HALE & DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6138
liv.herriot@wilmerhale.com

Makenzi G. Herbst (*pro hac vice*)
Rauvin A. Johl (*pro hac vice*)
Jeannette Leopold (*pro hac vice*)
Jason H. Liss (*pro hac vice)*
Monica Grewal (*pro hac vice*
**WILMER CUTLER PICKERING HALE & DORR LLP**
60 State Street
Boston, MA 02109
Tel: (617) 526-6171
Tel: (617) 526-6104
Tel: (617) 526-6109
makenzi.herbst@wilmerhale.com
rauvin.johl@wilmerhale.com
jeannette.leopold@wilmerhale.com
jason.liss@wilmerhale.com
monica.grewal@wilmerhale.com

Joshua D. Furman (*pro hac vice)*
**WILMER CUTLER PICKERING HALE & DORR LLP**
One Front Street, Suite 3500
San Francisco, CA 94111
Tel: (628)235-1034
josh.furman@wilmerhale.com

>Harry Lee Gillam , Jr
>**Gillam & Smith, LLP**
>303 South Washington Avenue
>Marshall, TX 75670
>Tel: (903) 934-8450
>gil@gillamsmithlaw.com
>
>*Attorneys for Dropbox, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on September 14, 2023.

*/s/ Kelly Ransom*