IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MOTION OFFENSE, LLC,<br><br>   *Plaintiff,*<br><br>v.<br><br>DROPBOX, INC.,<br><br>   *Defendant.* | **Civil Action No. 6:20-cv-00251-ADA**<br><br>**JURY TRIAL DEMANDED** |
| MOTION OFFENSE, LLC,<br><br>   *Plaintiff,*<br><br>v.<br><br>DROPBOX, INC.,<br><br>   *Defendant.* | **Civil Action No. 6:21-cv-00758-ADA**<br><br>**JURY TRIAL DEMANDED** |

**ORDER**

The Court, after considering Motion Offense, LLC's Motion for New Trial Under Fed. R. Civ. P. 49, is of the opinion that the Motion should be **GRANTED**.

**SIGNED** this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE