# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| DROPBOX INC | § | |
| | § | |
| vs. | § | NO:  WA:20-CV-00251-ADA |
| | § | |
| MOTION OFFENSE, LLC, MOTION | § | |
| OFFENSE, LLC, DROPBOX INC | | |

## ORDER SETTING ZOOM POST-TRIAL MOTIONS HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for ZOOM

POST-TRIAL MOTIONS HEARING by Zoom on January 04, 2024  at  02:00 PM.


IT IS SO ORDERED this 7th day of December, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE