# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| DROPBOX INC | § § | |
| vs. | § § | NO:  WA:20-CV-00251-ADA |
| MOTION OFFENSE, LLC, MOTION OFFENSE, LLC, DROPBOX INC | § | |

## ORDER RESETTING ZOOM POST-TRIAL MOTIONS HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for ZOOM POST-TRIAL MOTIONS HEARING by Zoom on January 03, 2024 at 04:00 PM .

IT IS SO ORDERED this 26th day of December, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE