# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| MOTION OFFENSE, LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>DROPBOX, INC.,<br><br>    *Defendant*. | Civil Action No. 6:20-cv-00251-ADA |
| MOTION OFFENSE, LLC,<br><br>    *Plaintiff,*<br><br>v.<br><br>DROPBOX, INC.,<br><br>    *Defendant*. | Civil Action No. 6:21-cv-758-ADA |

## DECLARATION OF GREGORY LANTIER IN SUPPORT OF DROPBOX, INC.'S SUPPLEMENTAL BRIEFING REGARDING SUBJECT MATTER JURISDICTION

I, Gregory H. Lantier, hereby declare:

1. I am an attorney admitted to practice in the District of Columbia, the State of New York, the State of Wyoming, the State of Texas and the Commonwealth of Virginia. I am a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), counsel for Dropbox, Inc. ("Dropbox") in the above-captioned action. I provide this declaration in support of Dropbox, Inc.'s Supplemental Briefing Regarding Subject Matter Jurisdiction.

2. Unless otherwise indicated below, the statements in this declaration are based on my personal knowledge and my review of the documents cited herein. If called to testify as a witness, I could and would competently do so under oath.

3. Attached as **Exhibit 1** is a true and correct copy of the Judgment entered in

1

*Profectus Tech. LLC v. Google LLC*, 6:20-cv-00101-ADA (W.D. Tex.), Dkt. 220, dated June 13, 2022.

4. Attached as **Exhibit 2** is a true and correct copy of the Judgment entered in *Freshub, Inc. v. Amazon.com Inc.*, 6:21-cv-00511-ADA (W.D. Tex.), Dkt. 268, dated July 13, 2021.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 30, 2024

*/s/ Gregory H. Lantier*
Gregory H. Lantier