# EXHIBIT 2

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

TRACKTIME, LLC,

                Plaintiff,

     v.

AMAZON.COM SERVICES LLC and AUDIBLE, INC.,

                Defendants.

C.A. No. 18-1518-MN

### <u>JUDGMENT FOLLOWING JURY VERDICT</u>

This 27th day of September 2023, the Court having held a jury trial and the jury having rendered a unanimous verdict on September 19, 2023 (*see* D.I. 309), pursuant to Rule 58(b) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that:

1.      Judgment is entered in favor of Defendants Amazon.com Services LLC and Audible, Inc. (collectively, "Defendants") and against TrackTime, LLC ("Plaintiff") that Defendants do not infringe claims 1 and 9 of U.S. Patent No. 8,856,638 ("the '638 Patent");

2.      Judgment is entered in favor of Defendants and against Plaintiff that claims 1 and 9 of the '638 Patent are invalid as anticipated;

3.      Judgment is entered in favor of Defendants and against Plaintiff that claims 1 and 9 of the '638 Patent are invalid as obvious;

4.      Judgment is entered in favor of Defendants and against Plaintiff that claims 1 and 9 of the '638 Patent are patent ineligible under 35 U.S.C. § 101;

IT IS FURTHER ORDERED that this Judgment shall have the effect of denying as moot all other motions made by the parties pursuant to Rule 50(a) of the Federal Rules of Civil Procedure.

IT IS STILL FURTHER ORDERED that the deadline for any party to move for costs and attorneys' fees (including under 35 U.S.C. § 285) is extended to within fourteen (14) days after the time for appeal has expired or within fourteen (14) days after issuance of the mandate from the appellate court, whichever is later, and no party shall file any such motion before that time.

                                                  _____
                                                  The Honorable Maryellen Noreika
                                                  United States District Judge