**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| MOTION OFFENSE, LLC,<br><br>*Plaintiff*<br><br>v.<br><br>DROPBOX, INC,<br><br>*Defendant* | Civil Action No.:  6:20-cv-00251-ADA |
| MOTION OFFENSE, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>DROPBOX, INC.,<br><br>*Defendant.* | Civil Action No.:  6:21-cv-758-ADA |

## JUDGMENT

A jury trial commenced in the above-captioned matter on May 15, 2023.  On May 19, 2023, the jury reached and returned its unanimous verdict finding: that Dropbox does not infringe any of claims 3, 6, or 14 of U.S. Patent No. 10,013,158, any of claims 12, 20, or 27 of U.S. Patent No. 10,021,052, claim 46 of U.S. Patent No. 10,587,548, or claim 18 of U.S. Patent No. 11,044,215 (collectively, the "Asserted Claims"); that Motion Offense had not proven by a preponderance of the evidence that any Asserted Claim was entitled to a priority date of September 25, 2012; and that each Asserted Claim is invalid.  *See* Dkt. No. 382.

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the jury's unanimous verdict and the entirety of the record, the Court hereby ORDERS and ENTERS JUDGMENT as follows:

1.  Dropbox does not infringe any of the Asserted Claims;

2.  None of the Asserted Claims are entitled to a priority date of September 25, 2012;

3.  Each of the Asserted Claims is invalid;

4.   Pursuant to Federal Rule of Civil Procedure 54(d), Local Rule CV-54, and 28 U.S.C. § 1920, Dropbox is the prevailing party in this matter and shall recover its costs from Motion Offense; and

5.  All other requests for relief now pending and requested by either party but not specifically addressed herein are **DENIED.**

The Clerk of Court is respectfully directed to **CLOSE** the above-captioned matter.

**SIGNED** this 29th day of August, 2024.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE