**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| MOTION OFFENSE, LLC,<br><br>        *Plaintiff,*<br><br>   v.<br><br>DROPBOX, INC,<br><br>        *Defendant.* | Civil Action No.:  6:20-cv-00251-ADA |
| MOTION OFFENSE, LLC,<br><br>        *Plaintiff,*<br><br>   v.<br><br>DROPBOX, INC.,<br><br>        *Defendant.* | Civil Action No.:  6:21-cv-758-ADA |

## NOTICE OF AGREED EXTENSION

Dropbox, Inc. and Motion Offense, LLC hereby notify this Court that the parties have agreed to extend the deadline for Dropbox, Inc. to file its motion regarding its proposed bill of costs pursuant to Local Rule CV-54(a)(3)(B) to October 3, 2024. The agreed extension will not change the date of a hearing, trial or other Court event, and all other deadlines will remain in effect.

September 18, 2024                    Respectfully submitted,

                                       */s/ Gregory H. Lantier*
                                       Kelly Ransom
                                       Texas State Bar No. 24109427
                                       **KELLY HART & HALLMAN LLP**
                                       303 Colorado, Suite 2000
                                       Austin, Texas 78701
                                       Tel: (512) 495-6400
                                       Kelly.ransom@kellyhart.com

Gregory H. Lantier (*pro hac vice*)
Amanda L. Major (*pro hac vice*)
**WILMER CUTLER PICKERING HALE &
DORR LLP**
2100 Pennsylvania Avenue
Washington DC 20037
Tel: (202) 663-6327
Tel: (202) 663-6304
gregory.lantier@wilmerhale.com
amanda.major@wilmerhale.com

Liv Herriot (*pro hac vice*)
**WILMER CUTLER PICKERING HALE &
DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6138
liv.herriot@wilmerhale.com

Makenzi G. Herbst (*pro hac vice*)
Rauvin A. Johl (*pro hac vice*)
**WILMER CUTLER PICKERING HALE &
DORR LLP**
60 State Street
Boston, MA 02109
Tel: (617) 526-6171
Tel: (617) 526-6104
Tel: (617) 526-6109
makenzi.herbst@wilmerhale.com
rauvin.johl@wilmerhale.com

Harry L. Gillam, Jr.
Texas State Bar No. 07921800
**GILLAM & SMITH, L.L.P.**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
gil@gillamsmithlaw.com

***Attorneys for Dropbox, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of the foregoing

document via electronic mail on September 18, 2024.

*/s/ Kelly Ransom*