**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| MOTION OFFENSE, LLC,<br>*Plaintiff,*<br>v.<br>DROPBOX, INC,<br>*Defendant.* | Civil Action No.: 6:20-cv-00251-ADA |
| MOTION OFFENSE, LLC,<br>*Plaintiff,*<br>v.<br>DROPBOX, INC.,<br>*Defendant.* | Civil Action No.: 6:21-cv-758-ADA |

**NOTICE OF AGREED EXTENSION**

Dropbox, Inc. hereby notifies the Court that Dropbox and Motion Offense, LLC have agreed to extend the deadline for Dropbox, Inc. to file its response to Motion Offense's Motion for New Trial Under Fed. R. Civ. P. 59 (Dkt. 442) and its response to Motion Offense's Renewed Motion for Judgment as a Matter of Law Under Rule 50(b) (Dkt. 443) to October 25, 2024. The parties have also agreed to extend Motion Offense's corresponding reply deadlines to November 15, 2024. The agreed extensions will not change the date of a hearing, trial or other Court event, and all other deadlines will remain in effect.

October 3, 2024

Respectfully submitted,

*/s/ Kelly Ransom*
Kelly Ransom
Texas State Bar No. 24109427
**KELLY HART & HALLMAN LLP**
303 Colorado, Suite 2000
Austin, Texas 78701
Tel: (512) 495-6400
Kelly.ransom@kellyhart.com

Gregory H. Lantier (*pro hac vice*)
Amanda L. Major (*pro hac vice*)
**WILMER CUTLER PICKERING HALE & DORR LLP**
2100 Pennsylvania Avenue
Washington DC 20037
Tel: (202) 663-6327
Tel: (202) 663-6304
gregory.lantier@wilmerhale.com
amanda.major@wilmerhale.com

Liv Herriot (*pro hac vice*)
**WILMER CUTLER PICKERING HALE & DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, California 94306
Tel: (650) 858-6138
liv.herriot@wilmerhale.com

Makenzi G. Herbst (*pro hac vice*)
Rauvin A. Johl (*pro hac vice*)
**WILMER CUTLER PICKERING HALE & DORR LLP**
60 State Street
Boston, MA 02109
Tel: (617) 526-6171
Tel: (617) 526-6104
Tel: (617) 526-6109
makenzi.herbst@wilmerhale.com
rauvin.johl@wilmerhale.com

Harry L. Gillam, Jr.
Texas State Bar No. 07921800
**GILLAM & SMITH, L.L.P.**
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
gil@gillamsmithlaw.com

***Attorneys for Dropbox, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of the foregoing document via the Court's CM/ECF system on October 3, 2024.

*/s/ Kelly Ransom*